Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2601 | **DATE** | 5/9/2008 |
| **CASE TITLE** | John Martinez vs. Tammy Garcia, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. It is not expected that AAG Lambertson will necessarily take this matter on himself (the assignment of cases is of course a decision for the Attorney General's Office). Instead this Court hopes that he will promptly take whatever steps are necessary to have the case assigned to some responsible AAG- and more importantly, that the assigned AAG will act immediately )before turning to the preparation of a responsive pleading or other legal proceedings) to enable Martinez to get the promised medical examination and evaluation to which he (like anyone else in the same situation) is entitled.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|