May. 13, 2008

**FILED**   Case# 08 C2601

MAY 1 6 2008

Dear Mr. Michael Dobbins,

MaY 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

  My name is, John Martinez, and I am currently writing you to inform you of two things...

1) That I recived a full copy of my complaint. Thank you.

2) I am still waiting on my counselor to mail back to me the Paupers Application and Finacial Affidavit, along with a copy of my account information.

  I felt the need to make you aware of that because, my counselor is procrastinating in getting back to me concerning this matter. Thank you for your time.


  Respectfully Submitted

    x John Martinez