*MHN*

**FILED**

MAY 2 8 2008

5-28-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

### IN FORMA PAUPERIS APPLICATION
### AND
### FINANCIAL AFFIDAVIT

John Martinez
_____
Plaintiff

v.

Tammy, Garcia
_____
Defendant(s)

CASE NUMBER  08C 2601

JUDGE  SHADUR

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, John Martinez _____, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      ☒Yes      ☐No   (If "No," go to Question 2)
   I.D. # R13264 _____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount: _____

2. Are you currently employed?      ☐Yes      ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: NONE _____
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married?      ☐Yes      ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                    ☐Yes      ☒No
      Amount _____ Received by _____

b.  ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes        ☒No
Amount_____ Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends                   ☐Yes        ☒No
Amount_____ Received by_____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
    compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                 ☐Yes        ☒No
Amount_____ Received by_____

e.  ☐ Gifts or ☐ inheritances                                    ☐Yes        ☒No
Amount_____ Received by_____

f.  ☐Any other sources (state source:_____)           ☐Yes        ☒No
Amount_____ Received by_____

4.  Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?        ☐Yes   ☒No        Total amount:_____
In whose name held:_____ Relationship to you:_____

5.  Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?                           ☐Yes   ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.  Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes   ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.  Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                 ☐Yes   ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
_____ NONE _____

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _4/29/2008_

_____
Signature of Applicant

_____John Martinez_____
(Print Name)

--------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, _John Martinez_, I.D.# _R13264_, has the sum

of $ _43.67_ on account to his/her credit at (name of institution) _Stateville CC_.

I further certify that the applicant has the following securities to his/her credit: _____—_____. I further

certify that during the past six months the applicant's average monthly deposit was $ _-145.36_.

(Add all deposits from all sources and then divide by number of months).

_5-14-08_
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

_____T. Cirricione_____
(Print name)

Date: 5/14/2008                                                                                          Page 1
Time: 12:19pm

d_list_inmate_trans_statement_composite

**Stateville Correctional Center**
**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 11/14/2007 thru End;     Inmate: R13264;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print
Balance Errors Only ? : No

**Inmate: R13264 Martinez, John**                                    **Housing Unit: STA-B -08-20**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | Beginning Balance: | | 311.76 |
| 11/22/07 | Point of Sale | 60 Commissary | 326783 | 515123 | Commissary | -26.89 | 284.87 |
| 11/22/07 | Point of Sale | 60 Commissary | 326783 | 515129 | Commissary | -83.56 | 201.31 |
| 11/23/07 | Point of Sale | 60 Commissary | 3277135 | 515144 | Commissary | 46.81 | 248.12 |
| 11/29/07 | Disbursements | 80 Postage | 333390 | Chk #137412 | g1128152, DOC: 523 Fund Inmate, Inv. Date: 11/28/2007 | -.41 | 247.71 |
| 12/05/07 | Point of Sale | 60 Commissary | 3397137 | 516026 | Commissary | -1.42 | 246.29 |
| 12/10/07 | Disbursements | 80 Postage | 344390 | Chk #137569 | g1207021, DOC: 523 Fund Inmate, Inv. Date: 12/07/2007 | .82 | 245.47 |
| 12/10/07 | Point of Sale | 60 Commissary | 3447135 | 516510 | Commissary | 1.42 | 246.89 |
| 12/12/07 | Mall Room | 01 MO/Checks (Not Held) | 3462164 | 57248462975 | Rodriguez, Norma | 40.00 | 286.89 |
| 12/12/07 | Payroll | 20 Payroll Adjustment | 346190 | | P/R month of 11/2007 | 3.68 | 290.57 |
| 12/19/07 | Mall Room | 01 MO/Checks (Not Held) | 3532164 | 56874277427 | Rodriguez, Norma | 50.00 | 340.57 |
| 12/21/07 | Point of Sale | 60 Commissary | 3557142 | 519108 | Commissary | -136.62 | 203.95 |
| 01/01/08 | Mall Room | 10 Western Union | 001200 | 3230634087 | MARTINEZ, NORMA | 100.00 | 303.95 |
| 01/04/08 | Mall Room | 01 MO/Checks (Not Held) | 0042164 | 493856102 | Northwestern, Project | 10.00 | 313.95 |
| 01/07/08 | Point of Sale | 60 Commissary | 0077137 | 520006 | Commissary | -29.79 | 284.16 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 | | P/R month of 12/2007 | 8.16 | 292.32 |
| 01/24/08 | Disbursements | 80 Postage | 024390 | Chk #138419 | J0121160, DOC: 523 Fund Inmate, Inv. Date: 01/21/2008 | -.41 | 291.91 |
| 01/28/08 | Point of Sale | 60 Commissary | 0287142 | 522928 | Commissary | -168.86 | 123.05 |
| 01/30/08 | Mall Room | 01 MO/Checks (Not Held) | 0302175 | 57317288985 | Negron, Hector | 50.00 | 173.05 |
| 01/31/08 | Disbursements | 93 R & C - UPS | 031337 | Chk #138532 | C0131051, Central Inmate Benef, Inv. Date: 01/31/2008 | -4.89 | 168.16 |
| 02/06/08 | Point of Sale | 60 Commissary | 0377142 | 524293 | Commissary | -95.04 | 73.12 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039190 | | P/R month of 01/2008 | 10.00 | 83.12 |
| 02/12/08 | Point of Sale | 60 Commissary | 043720 | 525498 | Commissary | -47.78 | 35.34 |
| 02/20/08 | Point of Sale | 60 Commissary | 0517142 | 526788 | Commissary | -35.23 | .11 |
| 02/21/08 | Mall Room | 01 MO/Checks (Not Held) | 0522175 | 57314041235 | Martinez, Norma | 50.00 | 50.11 |
| 02/21/08 | Mall Room | 01 MO/Checks (Not Held) | 0522175 | 57314041224 | Martinez, Norma | 50.00 | 100.11 |
| 02/22/08 | Disbursements | 84 Library | 053390 | Chk #138892 | C020063, DOC: 523 Fund Library, Inv. Date: 02/20/2008 | -3.75 | 96.36 |
| 03/03/08 | Mall Room | 10 Western Union | 063200 | 5501788674 | RODRIGUEZ, NORMA | 100.00 | 196.36 |
| 03/04/08 | Mall Room | 01 MO/Checks (Not Held) | 0642175 | 056084 | Feliciano, Elizabeth | 30.00 | 226.36 |
| 03/05/08 | Point of Sale | 60 Commissary | 0657142 | 527961 | Commissary | -148.23 | 78.13 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 | | P/R month of 02/2008 | 9.86 | 87.99 |
| 03/11/08 | Disbursements | 80 Postage | 071390 | Chk #139207 | C0305088, DOC: 523 Fund Inmate, Inv. Date: 03/05/2008 | -.97 | 87.02 |
| 03/12/08 | Point of Sale | 60 Commissary | 0727137 | 529024 | Commissary | -86.89 | .13 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 | | P/R month of 03/2008 | 8.16 | 8.29 |
| 04/08/08 | Disbursements | 93 R & C - UPS | 099390 | Chk #139778 | C0325047, Central Inmate Benef, Inv. Date: 03/25/2008 | -4.54 | 3.75 |
| 04/08/08 | Mall Room | 01 MO/Checks (Not Held) | 0992175 | 57318575248 | Martinez, Norma | 50.00 | 53.75 |
| 04/10/08 | Disbursements | 90 Medical Co-Pay | 101390 | Chk #139785 | C0408107, DOC: 523 Fund Inmate, Inv. Date: 04/08/2008 | -2.00 | 51.75 |
| 04/15/08 | Point of Sale | 60 Commissary | 106783 | 532426 | Commissary | -50.67 | 1.08 |
| 04/16/08 | Disbursements | 80 Postage | 107390 | Chk #139937 | g0411012, DOC: 523 Fund Inmate, Inv. Date: 04/11/2008 | -.41 | .67 |
| 04/16/08 | Disbursements | 80 Postage | 107390 | Chk #139937 | g0411021, DOC: 523 Fund Inmate, Inv. Date: 04/11/2008 | -.41 | .26 |
| 04/16/08 | Mall Room | 01 MO/Checks (Not Held) | 1072175 | 57339853538 | Rodriguez, Norma | 50.00 | 50.26 |
| 04/16/08 | Mall Room | 01 MO/Checks (Not Held) | 1072175 | 57339853549 | Rodriguez, Norma | 50.00 | 100.26 |
| 04/22/08 | Point of Sale | 60 Commissary | 113720 | 534147 | Commissary | -77.91 | 22.35 |

**Date:** 5/14/2008
**Time:** 12:19pm

d_list_inmate_trans_statement_composite

### Stateville Correctional Center
### Trust Fund

Inmate Transaction Statement

REPORT CRITERIA - Date: 11/14/2007 thru End;     Inmate: R13264;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print
Balance Errors Only ? : No

**Inmate: R13264 Martinez, John**                                **Housing Unit: STA-B -08-20**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 04/28/08 | Disbursements | 84 Library | 119390 | Chk #140193 | w0425 001, DOC: 523 Fund Libra, Inv. Date: 04/25/2008 | -2.25 | 20.10 |
| 05/05/08 | Mail Room | 10 Western Union | 126200 | 4439121063 | MARTINEZ, NORMA | 80.00 | 100.10 |
| 05/07/08 | Point of Sale | 60 Commissary | 1287137 | 535613 | Commissary | -78.88 | 21.22 |
| 05/13/08 | Payroll | 20 Payroll Adjustment | 1341148 | | P/R month of 04/2008 | 4.08 | 25.30 |
| 05/14/08 | Mail Room | 10 Western Union | 135200 | 7079224793 | MARTINEZ, NORMA | 70.00 | 95.30 |
| 05/14/08 | Disbursements | 80 Postage | 135337 | Chk #140426 | g0513176, DOC: 523 Fund Reimbu, Inv. Date: 05/13/2008 | -.84 | 94.46 |
| 05/14/08 | Disbursements | 80 Postage | 135337 | Chk #140426 | g0513184, DOC: 523 Fund Reimbu, Inv. Date: 05/13/2008 | -2.02 | 92.44 |
| 05/14/08 | Disbursements | 80 Postage | 135337 | Chk #140426 | g0509093, DOC: 523 Fund Reimbu, Inv. Date: 05/09/2008 | -.41 | 92.03 |
| 05/14/08 | Point of Sale | 60 Commissary | 1357137 | 537232 | Commissary | -48.36 | 43.67 |

| | |
|---|---|
| Total Inmate Funds: | 43.67 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 43.67 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |