UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Martinez, John

Defendant(s) Garcia, Tammy

V.

**FILED**
MAY 28 2008
5-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 08 C 2601

Judge: SHADUR

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, __John Martinez__, declare that I am the (check appropriate box) [X] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item *must* be completed]: __I wrote several attorneys seeking legal representation. I will mail the clerk a copy of all responses as they come.__

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

__John Martinez__
Movant's Signature

__4/29/2008__
Date

__1910 N. Mozart__
Street Address

__Chicago, Ill 60647__
City, State, ZIP

IN THE COURT OF CLAIMS

OF THE STATE OF ILLINOIS

<u>John Martinez</u>                    )
         Claimant                      )
           vs                             )         No. <u>08 C 2601</u>
State of Illinois and the          )
Department of Corrections          )
      Respondents                 )

---

Certificate of Service

I, <u>John Martinez</u>, claimant in the above entitled action, certify that on the <u>22</u> day of <u>May</u>, <u>2008</u>, I deposited in the United States Postal Service box at <u>Stateville CC</u> Correctional Center an envelope with postage fully prepaid and addressed to the Respondent's attorney, <u>Clerk of the US Dis-Court</u>, Attorney General of the State of Illinois, at <u>219 South Dearborn</u>, in <u>Chicago</u>, IL <u>60604</u> and marked Attention: Court of Claims Division. Contained in the envelope was a copy of the Request for Admission. At the same time, the original of the request was mailed to the Clerk of the Court of Claims.

 

s/s <u>John Martinez</u>
DOC # <u>R13261</u>

<u>Stateville</u> Correctional Center
P.O. BOX <u>112</u>
<u>Joliet</u>, IL <u>60434</u>

Subscribed and sworn to before me this
_____ day of _____, _____.

_____
Notary Public

Form revised 11/1/01