## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2601 | **DATE** | 6/30/2008 |
| **CASE TITLE** | John Martinez vs. Tammy Garcia, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. Plaintiff's application to proceed in forma pauperis is granted. (7-1) Martinez is assessed an initial filing fee of $28.24 and the Stateville trust fund officer is ordered to collect that amount from Martinez' trust fund account and pay it to the Clerk of Court. Monthly payments shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid. A status hearing is set for 8:45 a.m. July 30, 2008. It is expected that the Attorney General's office will make arrangements for Martinez himself to be available to participate in that status hearing telephonically from Stateville. (Attachments)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | U.S. DISTRICT COURT CLERK | Courtroom Deputy Initials: | SN |
|---|---|---|---|

FILED
2008 JUN 31 AM 7:39