JUNE 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAY  6 2008
5-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

John Martinez,
                Plaintiff,

        vs.

Tammy Garcia, Terry M$^C$Cann,
John/Jane Doe Warden, Dr.Mitchell,
Ami Workman, Melody J.Ford,
Roger E.Walker J.R, Mike Sanders,
Nurse Wendy, C.A Vance, Dr.Andrew.
Tilden, Dr.Pathros Ghosh, Dr.Williams,
Med-Tech Bob and Semor, Nurse Danny,
                Defendants

08CV2601
JUDGE SHADUR
MAG. JUDGE COLE


COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S Code

I. Plaintiff:
    A. Name:John Martinez
    B. ALiases:None
    C. Prisoner identification number:#R13264
    D. Place of present confinement:Stateville C.C
    E. Address:P.O Box 112,Joliet,Il 60434

II. Defendants:
    A. Defendant:Roger E.Walker J.R
        Title:Director
        Place of Employment:IDOC
    B. Defendant:Dr.Pathros Ghosh
        Title:Medical Director
        Place of Employment:Stateville C.C

C. Defendant:Dr.Mitchell
   Title:Doctor
   Place of Employment:Stateville C.C
D. Defendant:Melody 3rFord
   Title:Administrative Review Board
   Place of Employment:IDOC -Office of Inmate Issues.
E. Defendant:Tammy Garcia
   Title:Grievance Officer
   Place of Employment:Stateville C.C
F. Defendant:Ami Workman
   Title:Grievance Officer
   Place of Employment:Stateville C.C
G. Defendant:John/Jane Doe
   Title:Warden
   Place of Employment:Stateville C.C
H. Defendant:Terry M^cCann
   Title:Warden
   Place of Employment:Stateville C.C
I. Defendant:Mike Sanders
   Title:Med-Tec/Nurse
   Place of Employment:Stateville C.C
J. Defendant:Dr.Andrew Tilden
   Title:Doctor
   Place of Employment:Stateville C.C
K. Defendant:Wendy
   Title:Nurse
   Place of Employment:Stateville C.C
L. Defendant:Danny
   Title;Nurse
   Place of Employment:Stateville C.C
M. Defendant:Bob
   Title:Med-Tec
   Place of Employment:Stateville C.C

N. Defendants:Semor
   Title:Med-Tec
   Place of Employment:Stateville C.C
O. Defendant:Dr,Williams
   Title:Doctor
   Place of Employment:Stateville C.C
P. Defendant:C.A Vance
   Title:R.N
   Place of Employment:Stateville C.C


III. Exhaustion of Administrative Remedies

    A. Is there a grievance procedure available at your institution?
       (YES)
    B. Have you filed a grivance concerning the facts in this
       complaint?
       (YES)
    C.

    1. What steps did you take?
       I wrote several request slips to the institutions Health
Care Unit.I then filed "three" grievances through the emergency
procedure and none emergency procedure and wrote the Warden as well.

    2. What was the result?
       I was denied by the institutions emergency and regular
grievance procedure as well as denied by the A.R.B Roger E.Walker J.R

    3. If the grievance was not resolved to your satisfaction
       did you appeal?
       Yes,I did appealed all three grievances but I was denied
without a hearing.

    D. Is the grievance procedure now completed? (YES)

IV. List all lawsuits you have filed in any state or federal
    court (including the Central and Southern Districts of Ill):

    (NONE)

COMPLAINT

1. Plaintiff started suffering pains in the lower left side of his back on 10/8/2006.

2. These pains occurred after plaintiff had surgery on the lower "right side" of his back.

3. Plaintiff had a Herniated Disk removed on February 10,2006 at U.F.I

4. On October 9,2006 plaintiff submitted a request slip to see a Doctor concerning pain on the lower left side of his back and sharp abdominal pains that are causing blood in his stool.

5. On October 13,2006 plaintiff was called to be examine by Doctors at Stateville H.C.U

6. Plaintiff explained to Dr.Williams and Dr.Ghosh that he is in severe pain.Plaintiff tried to explain to both Doctors that he has been submitting sick call slips in attempt to see a Doctor for severe back and abdominal pains,but the request slips go unanswered. Both defendants Dr.Williams And Dr.Ghosh joked about my condition. Dr.Ghosh then asked plaintiff "Where do you think your at?This aint have it your way"Dr.Ghosh then said,I will prescribe you some pain medication for your back and some medication for your abdominal pain."But dont write anymore request slips because me and my staff will not answer them"He then claimed that he spent enough money on plaintiff.Refering to the surgery performed on February 10,2006

7. Plaintiff tried to explain to both defendants Dr.Ghosh and - Dr.Williams that pain killers are not working and that the pain is now on his lower left back and not the right.Dr.Williams pointed at Dr.Ghosh and stated;"Dr.Ghosh is the boss dont ask me for shit after what the boss(Dr.Ghosh)said I cant help you so don't ask me to go over my bosses head."

8. On October 16,2006,plaintiff submitted another sick call slip in an attempt to be re-examine for his back and to explain to the Doctor that the medication prescribed.For abdominal pains increased the bleeding and pain.Plaintiff request went unanswered.

9. On October 18,2006 plaintiff addressed his medical condition
to Mike Sanders  when Mr.Sanders was doing Med rounds in F-house
at Stateville C.C Once plaintiff made it clear to Mr.Sanders that
he is in severe back and stomach pains Mr.Sanders asked plaintiff
his name .When plaintiff told Mr.Sanders "Martinez"he asked me if
plaintiff was "John Martinez?".When plaintiff answered "yes"-
Mr.Sanders became hostile and said,"I was given a direct order from
Dr.Ghosh to ignore your cry baby ass!"Defendant then walked away.
10. Plaintiff again began to drop request slips in an attempt to
be re-examine and treated by medical personnel at Statevilles'C.C
prison Health Care Unit but never received any response.
11. On November 6,2006 plaintiff then filed a grievance addressing
his medical issue.Counselor Shawn Bass responded by fowarding a
memo from prison Dr.Ghosh dated December 28,2006.
12. Dr.Ghosh memo stated that plaintiff had his back taken care of
including back surgery at U of I and plaintiff's other problem
was addressed by Health Care providers.(See memo attached to -
grievance #0407)
13. Plaintiff fowarded his grievance to the Grievance Officer on
May 17,2007.Grievance Officer Tammy Garcia responded by simply
agreeing with what  Dr.Mitchell relayed to her.Dr.Mitchell never
examined the plaintiff but simply concurred with Dr.Ghosh's
decision to deny plaintiff medical treatment.Prison officials
violated the Eighth amendments prohibition against cruel and
unsual punishment when they acted deliberately and indifferently
to serious medical needs of prisoners in their custody and this is
true wheather the indifference is manifested by prison Doctor's
responding to the prisoners needs or by guards intentionally
delaying or denying access to medical care that has been prescribed
and subjective component;the medical need must  be sufficiently
serious to satisfy the objective component and is sufficiently
serious  if it is one that has been diagnosed by Physicians   -
mandating treatment or that is so obvious that even a lay person
would easily recognize the necessity for a Doctor's attention and
for the subjective component.The requisite deliberate indifference
a prisoner must establish that the defendants knew he faced a
substancial risk by failing to take reasonable measures to abate it.

14. Plaintiff's grievance was denied by Warden M$^C$Cann on May 23,2007.
So much as even inquiring with plaintiff about his medical condition.
15. Plaintiff's grievance was denied by the Administrative Review
Board Chair person Melody J.Ford and IDOC Director Roger E.Walker J.R
15. Plaintiff wrote Roger E.Walker J.R and Chair person Melody J.Ford
explaining to them how Dr.Ghosh and his medical staff are refering
to plaintiff' right lower back.Plaintiff clearly states in grievance
that he had surgery on February 10,2006 and is pain free on his
"lower right"but the pain on his"lower left"is almost unbareable.
16. Plaintiff filed a second grievance (**grievance #0585**).This
grievance was regarding back problems and abdominal pains.Plaintiff
stated that he was vomiting blood,blood in his stool and that the
prescribe medication were doing nothing for his grieved issue
which include severe pain.
17. This grievance was deemed a none emergency by some John/Jane
Doe Warden on April 12,2007 although plaintiff had been complaining
and suffering since 2004 and had an initial grievance denied on
the issue October 14,2007.
18. On May 25,2007 Dr.Ghosh responded by stating that plaintiff
had received treatment in off site clinic.He also had back surgery.
(**See memo attached to grievance #0585**)
19. Dr.Ghosh May 25,2007 memo however reffered to treatment that
was strictly for plaintiff's "lower **right** back".
20. Plaintiff second grievance was denied by Tammy Garcia on
June 15,2007 as she again relied on Dr.Ghosh's May 25,2007 memo.
Although plaintiff was grieving his lower **left** back not the right
back for which he had received medical treatment for which Dr.Ghosh
was reffering to while deliberately and blantly denying plaintiff
medical treatment.
21. Plaintiff grievance was denied by Warden Terry M$^C$Cann on June
19,2007.
22. Plaintiff received Warden M$^C$Cann's response on June 24,2007
and foward it to the A.R.B

22. The A.R.B received plaintiff's grievance on July 13,2007-
before the 30 day dead-line but denied plaintiff grievance alleging
that it was not submitted within the time frame out lined in DEPT.
Rule 504.Although plaintiff's grievance was foward on time.(**see
grievance #0585**)Warden denied plaintiff grievance on June 19,2007
The A.R.B received plaintiff's grievance on July 13,2007.Grievance
was clearly on time.
23. Plaintiff filed a total of three grievances in an attempt to
receive medical treatment.The third grievance was (**Grievance #0709**)
Plaintiff grieved the same claims as grievance #0585(**see grievance
attached**)
24. Plaintiff's third grievance was denied by grievance officer
Ami Workman on June 29,2007.Ami Workman also relied on Dr.Ghosh
statement.Mrs.Workman stated that she has no medical expertise or
authority  to contradict the Doctors recommendation or diagnosis
(**see grievance officers response attached to grievance #0709**)
25. Plaintiff then foward the grievance #0709 to the A.R.B
26. On December 21,2007 Melody J.Ford denied plaintiff third
grievance.Roger E.Walker J.R also denied plaintiff's grievance.
27. On December 4,2007 plaintiff wrote Warden Terry M^CCann in an
attempt to receive some medical attention for his back pains and
abdominal pains.Plaintiff's letter went unanswered.
28. On December 5,2007 plaintiff spoke to Warden M^CCann personally
while M^CCann was doing rounds.Plaintiff explain to Warden M^CCann
that the medical staff named in this suit continue to ignore plaintiff.
Plaintiff told M^CCann that he submitted three grievances but Doctors
Ghosh keeps answering the grievances by saying plaintiff has been
examine.Warden M^CCann took plaintiff's name and promised to take
care of it.Plaintiff never was examined or seen by the Doctor as
Warden M^CCann promised.
29. Plaintiff repeatedly attempted to gain access to the H.C.U
while in F-house but never received any medical attention despite
the fact that he tryed to get attention by informing medical
personnel Bob,Danny and Semore.(**see attached affidavits**)of Elbert
Williams,Bryis Bruce and Maurice Williams.

30. On December 9,2009 plaintiff wrote the assistant Warden Venita-F.Wright a letter complainig about his blood issue and about the fact that Dr.Ghosh and all the respondents to his grievance would blatantly refer to the right side of his back and not the (LEFT) when denying him medical treatment.(**See plaintiff's original letter attached**)

31. On January 2,2008 C.A Vance responded to Warden Wright's referal by stating "I reviewed his chart,I spoke with the Physician.The-Physician feels that he (Martinez)should be seen and accordingly an appointment will be made.(**See C.A Vance's letter attached**)

32. Plaintiff was never called to the H.C.U by the Physician.

33. On March 17,2008 plaintiff spoke to counselor Sherwin Miles Plaintiff explain to Mrs.Miles that Vance spoke to Warden Wright about his medical issues and told Warden Wright that plaintiff will be called to H.C.U But never was.Mrs.Miles called H.C.U and learned that plaintiff was last seen on November 20,2007 for stomach pains and August 30,2007.(**See letter from counselor – S.Miles attached**)These letters clearly show that plaintiff can not gain access to the Health Care Unit even when ordered by the institutions Warden.

### COUNT I. MEDICAL DELIBERATE INDIFFERENCE
### IN VIOLATION OF THE EIGHT AMENDMENT

34. Plaintiff herein re alleges and incorparates paragraphs 1-28 into this count.

35. By the foregoing acts of Tammy Garcia,Ami Workman,Dr.Pathros-Ghosh,Terry M[c]Cann,John/Jane Doe Warden,Dr.Andrew Tilden,Med-Tec Bob,Nurse Danny and Med=Tec Semore,Dr.Mitchell,Melody J.Ford,Roger-E.Walker J.R,Mike Sanders,Nurse Wendy denied plaintiff serious medical care.**The factors stated in paragraphs 1-28 clearly demostrates the deliberate indifference and callious and reckless disregard for the plaintiff's Eighth amendment right to be free from cruel and unusual punishment.**

36. As a result of their denial's plaintiff has continued to suffer severe back pains that also causes a sharp pain down his "left leg" and "left arm".A pain that is almost unbareable.The pain interferes with plaintiff's sleep and everyday life.Plaintiff also suffers stomach pains,blood in the stool,sharp pains coming from colon area that last for a period of 10-to-15 seconds and plaintiff continues to taste blood and feeling a sharp burn in stomach.

Where for plaintiff John Martinez request;

A. Reasonable and appropriate compensatory damages arising from the wrongful conduct of all the defendants listed.

B. Punitive damages from these defendants in an amount to be ascerted at trial.

C. Cost,expenses and reasonable attorney fees pursuant to 42 U.S.C 5 988/

D. An injuction ordering the defendants to provide plaintiff with proper medical care;

E. And such other relief as the court deems necessary and proper.

**CERTIFICATION**

By signing this Complaint,I certify that the facts stated in this Complaint are true to the best of my knowledge,information and belief.I understand that if this certification is not correct,I may be subject to sanctions by the Court.

Signed this 24 day of april ,2008

Signature of plaintiff

JOHN MARTINEZ

Notary

OFFENDER'S GRIEVANCE

| Date: NOVEMBER 8th 06. | Offender: (Please Print) MARTinez John | | ID#: R13264 |
|---|---|---|---|
| Present Facility: Stateville C.C | | Facility where grievance issue occurred: Stateville C.C | |

NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [X] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: _____ / _____
          Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On this Grievance I will like to address
a medical conditions that I Been requesting Proper treatment
for since "2004". Its obvious that I have a Problem with my stomach
from time to time I get sharp Pains. I can Tast Blood all day everyday
I can see Blood in my spit. theres even times I vomit Blood.
the next issue is concerning my Lower Back. I also Been seen
concerning my Back after surgery. On Feb 8 I was sent to
U.I.C Hospital for Back surgery on my Lower Right. I had a
slip Disk that was Putting Presure on my Sciatic nerve
causing Pain from my Lower Back all the way down my Right

Relief Requested: That an M.R.I is Performed and if necessary
surgeon on my Lower ~~Bag~~ left side is Performed.

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Martinez John        R13264    11.8.06.
   Offender's Signature               ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 12.14.06 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: DR. GHOSH HAS PROVIDED A STATEMENT
CONCERNING THE MEDICAL TREATMENT
MARTINEZ HAS ~~BEEN~~ GIVEN. SEE
ATTACHMENT.

leg. after the surgery my Lower Right is fine and Pain free. the Problem now is on my Lower left. the same problem at trial is now Back. at trial during Sick calls after sick calls to they just go unanswer. the Pain is almost unbearable. it is interfering with my sleep and my everyday life at one told By my Doctor that the disk in your Back are like Bricks one for a house. and once one disk falls out the disk on the other side will eventually fall as well. my Low right disk was severed But the left wesn't Because it was still in its place. now I Believe its stoped putting Pressure on my sciatic nerve. when there is pressure on you sciatica nerve it cause muscle spasm now you have Both the muscle and the Disk smashing the sciatic nerve the Biggest nerve in the human Body.

I am filing this grievance on the grounds that my EIGHTH Amendment right is Being violated. Deliberate indifference to serious medical needs Violate) the 8th amendment. ES. tate VS. Gamble, 429 U.S. 97, 104 (1976) Mere medical malpractice does not. what are "serious medical needs"? The Eighth amendment Prohibits the unnecessary and wanton infliction of Pain Estelle VS Gamble, 429 U.S at 104 other definitions Dwhether a reasonable Doctor or Patient would Perceive the medical need in question as important and worthy of comment or treatment; 2) whether the medical condition significantly affects daily activities and 3) the existence of chronic and substantial Pain. Brock VS. Wright, 315 F.3d 158 162 (2d Cir. 2003) (internal Quotation marks omitted). a serious medical need is Present whenever the failure to treat a Prisoner's condition could result in further significant injury or the unnecessary and wanton infliction of Pain" clements VS Ourney, 208 F.3d 898,904 (9th cir 2003). Medical conditions that fall well short of life -threatening can nevertheless constitute "serious medical needs;" if they result in Pain or loss of function. See— Greeno VS Daley, 414 F.3d 645, 653 (7th cir 2005) severe heartburn with frequent vomiting; Brock vs wright 315 F.3d 158 163-64 (2d cir 2003) (Painful Keloids); clement vS

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

Continue from Pg 2 —

Bouchard vs Magnusson, 715 F. Supp.
1146, 1148 (D. Me. 1989) (Persistent Back Pain); Smallwood vs
Renfro, 708 F. Supp. 182, 187 (N.D. Ill 1989) Cut Lip;
Henderson vs Harris, 672 F. Supp. 1054, 1059 (N.D. Ill. 1987)
(hemorrhoids) Case v. Bixler 518 F. supp. 1277, 1280 (S.D.
Ohio 1981) The Eighth Amendment is Being violated
when failure to treat Prisoner resulted in Pain even
if it does not result in a worsening of the Patient's
Condition. See Boretti vs is county, 930 F. 2d 1150, 1154 (6th
cir 1991. denial of dressing and Pain medication for wound).

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: | Offender: (Please Print) | | ID#: |
|---|---|---|---|
| Present Facility: | | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report ____ / ____ / ____     _____
                    Date of Report              Facility where issued

**Note:**    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
        Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
        Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
        Chief Administrative Officer, only if EMERGENCY grievance.
        Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
        administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
        Administrative Officer.

Brief Summary of Grievance: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Relief Requested: _____

_____

_____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____          _____          ____ / ____ / ____
    Offender's Signature                    ID#                      Date
              (Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** | | |
|---|---|---|
| Date Received: ____ / ____ / ____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____



**Rod R. Blagojevich**
Governor

**Illinois**
**Department of**
**Corrections**

**Roger E. Walker Jr.**
Director

Stateville Correctional Center / P.O. Box 112 / Joliet, IL  60434 / Telephone: (815) 727-3607
TDD: (800) 526-0844

# MEMORANDUM

Date:        December 28, 2006

To:          Bass, Shaun,
             Counselor

From:        Partha Ghosh, MD
             Medical Director

Subject:     Offender Grievance, Martinez, John R13264 F122

The offender had his back taken care of including the back surgery at
University of Illinois. His other problem has been addressed by the
health care providers. He was prescribed proper medications on
10/13/06 at MD sick call.

PG:jrw

Cc:    Assistant Warden Programs
       Grievance Office
       Medical Records
       File

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: May 17, 2007          Date of Review:  May 17, 2007          Grievance #  0470

Committed Person: John Martinez                                              ID#: R13264

Nature of Grievance: Medical Tx

Facts Reviewed:  Grievant alleges he should receive a MRI and surgery on his left side.  This was grieved on 11-8-06.

Relief requested: receive treatment

Medical response received 5-17-07

Per Acting HCU Administrator, Dr. Mitchell:  The offender had his back taken care of including his back surgery at UofI.  His other problem has been addressed by the health care providers.  He was prescribed proper medications on 10-13-06 at MD sick call.

It appears that this grievance issue has been resolved.

This Grievance Officer has no medical expertise or authority to contradict the doctor's recommendation/diagnosis.

Recommendation:  No further action necessary at this time.

Tammy Garcia _____                    _____
                    Print Grievance Officer's Name                                          Grievance Officer's Signature
                    (Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 5-23-07        ☑ I concur        ☐ I do not concur        ☐ Remand

Comments:

## Grievance Officer's Report

Date Received: May 17, 2007      Date of Review: May 17, 2007      Grievance # 0470

Committed Person: John Martinez      ID#: R13264

Nature of Grievance: Medical Tx

**Facts Reviewed:** Grievant alleges he should receive a MRI and surgery on his left side. This was grieved on 11-8-06.

**Relief requested: receive treatment**

Medical response received 5-17-07

Per Acting HCU Administrator, Dr. Mitchell: The offender had his back taken care of including his back surgery at Uof I. His other problem has been addressed by the health care providers. He was prescribed proper medications on 10-13-06 at MD sick call.

It appears that this grievance issue has been resolved.

This Grievance Officer has no medical expertise or authority to contradict the doctor's recommendation/diagnosis.

**Recommendation:** No further action necessary at this time.

**Tammy Garcia**
Print Grievance Officer's Name              Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received: 5-23-07     ☒ I concur     ☐ I do not concur     ☐ Remand

Comments:

_111 Mc Cann_           5-23-07



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

October 4, 2007

John Martinez
Register No.  R13264
Stateville Correctional Center

Dear Mr. Martinez:

This is in response to your grievance received on June 8, 2007, regarding medical treatment (alleges he should receive MRI and surgery), which was alleged to have occurred at Stateville Correctional Center.  This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report, 0470, and subsequent recommendation dated May 17, 2007 and approval by the Chief Administrative Officer on May 23, 2007 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration.  It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:   Warden Terry McCann, Stateville Correctional Center
      John Martinez, Register No. R13264

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: April 6, 2007 | Committed Person (Please Print) John Martinez | ID#: R13264 |
| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☐ Staff Conduct ☐ Dietary ☒ Medical Treatment ☐ Other (specify):
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: _____ / _____ / _____
                         Date of Report       Facility where issued

**Received Grievance Office**
**JUN 2 9 2007**
**STA** 0109

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I Been denied Proper medical treatment
for Serious Pain on the lower left side of my Back.
I address my condition to the following medical staff
mike Sanders Wendy and every Doctor including
DR. Partha Ghosh and DR. Tilden Andrew here at
Stateville C.C. I Been submitted to see the Doctors
on Several occations concerning this matter. I Explain
to each and every Doctor and medical staff that my
entire left side muscle is really hard as if I am
Flexing it while my right Back muscle is really
normal

**Relief Requested:** That the Proper treatment is given to me to fix my
Back and I dont mean Pain killers or musle relaxers. then no
working. I Need P.T. or an MRI to find the Problem.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

John Martinez                    R13264              4.6.07
Committed Person's Signature          ID#                  Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 4-26-07 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

**RECEIVED**
**MAY**

tender as its suppose to Be. I add that I have no
Pain on the right side at all I add that Because the
doctors and medical staff keep denying me medical attention and
they are justifying it By saying that I was sent to
U.I.C Hospital on 2006-016 and there for I Been treated for my
Back Problems. im trying to explain that the Pain is on
my left side I explain to these staff that the Pain
is unbearable and that it is interfering with my sleep
as well as with my daily activities as a result my
left leg is noticebly shrinking. I hope and Pray
that my condition is taken more seriously and the
Proper treatment is provided since im a ward of
this state. thank you for your time respectfully
Submitted

John martinez
R13264
F 225.

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: APRIL 6th 2007 | Committed Person (Please Print) John Martinez | ID# R13264 |

| Present Facility: Stateville C.C | Facility where grievance issue occurred: Stateville C.C |

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability
☐ Staff Conduct  ☐ Dietary  ☒ Medical Treatment  ☐ Other (specify)
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: _____ / _____
          Date of Report        Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Brief Summary of Grievance: In this Grievance I will like to address
a serious medical condition that I Been requesting treatment
for since 2004; its obvious that it true a serious Problem
because there appears to Be Dark Blood in my stool
as often as 3 to 4 times a week. I explain to the Doctor
that I Been testing Blood I explain to him and Ben
"more than one Doctor" that at times I vomit Blood and that
there appears to Be Dark Blood in my stool 3 to 4 times
a week. I Been given numerous types of Medication
which are doing nothing for my Pain or Condition.

Relief Requested: That the Proper medical treatment is Provided to find
the Cause of Bleeding. Thankyou.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

John Martinez                R13264        4, 6, 07
Committed Person's Signature        ID#        Date

(Continue on reverse side if necessary)

---

| **Counselor's Response (if applicable)** |

Date Received: 4-26-07    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

RECEIVED

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE (Continued)

I explain to the Doctor how at times I have a Sharp
Pain in my colon that last maybe 10-15 seconds.
The staff and doctors keep over looking my condition
as if it was minor when it could "Be" as serious
as "colon cancer".

Juan Martinez

# K13264
F-225.

RECEIVED

Rod R. Blagojevich
Governor

**Illinois**
**Department of**
**Corrections**

Roger E. Walker Jr.
Director

Stateville Correctional Center / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607
TDD: (800) 526-0844

## MEMORANDUM

Date:     May 25, 2007

To:       Shaun Bass,
          Counselor

From:     Partha Ghosh, MD        *P64*
          Medical Director

Subject:  Offender Grievance, Martinez, John R13264 FF225

The offender had been evaluated in offsite clinic given MRI. He also had
back surgery. Martinez received pain medicines appropriately. Because
of limited time Physics Therapy is provided based on priority.

PG:jrw

Cc:   Assistant Warden Programs
      Grievance Office
      Medical Records
      File

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: June 29, 2007          Date of Review:  July 5, 2007, 2007      Grievance # DTC6

R13264

Committed Person: John Martinez

Nature of Grievance: Medical Tx

**Facts Reviewed:** Grievant alleges he has been denied proper medical treatment for severe pain in his back. Grievant states he has been submitted to the doctors and medical technicians that his back hurts and his colon is having sharp pains that last about 10-15 seconds. Grievant states the staff and doctors look it over as if it was minor when it could be colon cancer.

**Relief requested:** That the proper treatment is given to me to fix my back and he does not mean pain killers or muscle relaxers then no working I need P.T. or an MRI to find the problem.

Per Dr. Ghosh, MD, Medical Director; Dated: May 25, 2007, The offender had been evaluated in offsite clinic given MRI. He also had back surgery. Martinez received pain medicines appropriately. Because of limited time Physics Therapy is provided based on priority.

It appears that this grievance issue has been resolved.

This Grievance Officer has no medical expertise or authority to contradict the doctor's recommendation/diagnosis.

**Recommendation:**  No further action necessary at this time.

Ami Workman
_____
Print Grievance Officer's Name
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

_____
Grievance Officer's Signature

| Chief Administrative Officer's Response |
|---|

Date Received: 7-5-07      ☑ I concur    ☐ I do not concur    ☐ Remand



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

December 21, 2007

John Martinez
Register No.  R13264
Stateville Correctional Center

Dear Mr. Martinez:

This is in response to your grievance received on November 7, 2007, regarding medical treatment (alleges his not being treated for severe back pain), which was alleged to have occurred at Stateville Correctional Center.  This office has determined the issue will be addressed without a formal hearing.

The Grievance Officer's report, 0709, and subsequent recommendation dated July 5, 2007 and approval by the Chief Administrative Officer on July 5, 2007 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration.  It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:    Warden Terry McCann, Stateville Correctional Center
       John Martinez, Register No. R13264

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE

| Date April 6 2007 | Committed Person (Please Print) John Martinez | ID# R13264 |
|---|---|---|
| Present Facility: Stateville C.C. | Facility where grievance issue occurred: | Stateville C.C. |

**NATURE OF GRIEVANCE:**

| | | | |
|---|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
| ☐ Staff Conduct | ☐ Dietary | ☒ Medical Treatment | ☐ Other (specify) |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | |

Received Grievance Office
JUN 18 2007
STA # 0585

☐ Disciplinary Report: ____/____/____    _____
                 Date of Report                Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I Been denied Proper medical treatment for Severe Pain on the lower left Side of my Back. I address my condition to the following medical staff Mike, Sanders Wendy and every Doctor including DR Partha Ghrish and DR Tilden Anchew here at Stateville C.C. I Been submitted to see the Doctors on several occations concerning this matter. I explain to each and every Doctor and Medical staff that my entire left Side muscle is really hard As I am Flexing it while my right Back muscle is really

Relief Requested: That the Proper treatment is given to me to fix my Back and I dont mean Pain killers or muscle relaxers then no waiting I need P.T or an M.R.I to find the Problem.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

John Martinez          R13264     4, 6, 07
Committed Person's Signature         ID#         Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 4 26 07 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board. P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: 

RECEIVED
MAY 30

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE (Continued)

tender as its suppose to Be. I said that I have no
Pain on the right side at all and that Because the
jails and medical staff keep denying me medical attention and
they are justifying it. By saying that I was sent to
U.I.C Hospital on 2-6-06 and there I've been treated for my
Back Problem). im trying to explain that the Pain is on
my left side. I explain to these staff that the Pain
is unbearable and that it is interfering with my sleep
as well as with my daily activities. as a result my
left leg is noticeably shrinking. I hope and Pray
that my condition is taken more seriously and the
proper treatment is Provided since im a ward of
the state. thank you for your time respectfully
Submitted

John Martinez
R13264
F 225.

Rod R. Blagojevich
Governor

**Illinois
Department of
Corrections**

Roger E. Walker Jr.
Director

Stateville Correctional Center / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607
TDD: (800) 526-0844

## MEMORANDUM

Date:　　May 25, 2007

To:　　　Shaun Bass,
　　　　　Counselor

From:　　Partha Ghosh, MD
　　　　　Medical Director

Subject:　Offender Grievance, Martinez, John R13264 FF225

The offender had been evaluated in offsite clinic given MRI. He also had
back surgery. Martinez received pain medicines appropriately. Because
of limited time Physics Therapy is provided based on priority.

PG:jrw

Received
Grievance Office

JUN 1 5 2007

STA #

Cc:　Assistant Warden Programs
　　　Grievance Office
　　　Medical Records
　　　File

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

**Date Received:** June 15, 2007    **Date of Review:** June 15, 2007    **Grievance #** 0585

**Committed Person:** John Martinez    **ID#:** R13264

**Nature of Grievance:** Medical Tx

**Facts Reviewed:** Grievant alleges he is not getting proper treatment or medications for his back problems

**Relief requested: be seen by HCU**

Medical response received 6-15-07

Per Medical Director, Dr. Ghosh: Offender has been evaluated in offsite clinic given MRI. He also had back surgery. Martinez received pain medicines appropriately. Because of limited time Physical Therapy is provided based on priority.

It appears that this grievance issue has been resolved.

This Grievance Officer has no medical expertise or authority to contradict the doctor's recommendation/diagnosis.

**Recommendation:** No further action necessary at this time.

Tammy Garcia
Print Grievance Officer's Name                                    Grievance Officer's Signature
[Attach a copy of Committed Person's Grievance, including counselor's response if applicable]

| Chief Administrative Officer's Response | | |
|---|---|---|

**Data Received:** 6-19-07    ☒ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

ILLINOIS DEPARTMENT OF CORRECTIONS

**Correctional Center**
**Return of Grievance or Correspondence**

Offender: _Martinez_ _John_ ___ MI _R13264_
Last Name          First Name              ID#

Facility: _STA_

☑ Grievance (Local Grievance # (if applicable): _____ )    or    ☐ Correspondence _dated 4/6/07_
Received: _7/13/07_          Regarding: _medical dated 4/6/07_
Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable.

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL  62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL  62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ___/___/___
Date

☐ No justification provided for additional consideration.

RECEIVED
NOV - 7 2007
OFFICE OF
INMATE ISSUES

**Other** (specify): _____

Completed by:  Melody J. Ford          _Melody J. Ford_          _10/16/07_
Print Name              Signature                    Date

Distribution:  Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

# AFFIDAVIT

I ELSERT Williams, A-72120
DECLARE UNDER OATH AND PENALTY
OF PERJURY THE FOLOW is TREE
I OWAS move in F. 457 From X house
ON THE 4 OR 5 THE VERRY FIRST DAY
i move in THIS CELL MY CELLER MARTINEZ R-13264
SEN STOPING EVERY MED TECK Come BY
ABOUT THE PAIN in his BACK i hAVE BACK
PROBLEM MY SELF. So i KNOW aWHAT
hE GoING Through. I ELSERT aWilliams
CERTIFY UNDER PENALTY OF PERSURY PURSUANT
TO 735 ILCS 5/5-109 ET SEY THE
AFOREMONTIONED is TRUE

DATE DECEMBER 13
2007

Elbert aWilliams
A-72120

BACK N STOMACH

<u>AFFiDAVIT</u>

I MAURICE WilliAMS DEALARE
UNDER OATH AND PENAHY of PERJURY
the Follow is truc. I was Released
from SEG on 11/2/07 I was Placed
in Cell F-452 Since I been in
this Cell F-452 I witness inmate
MARTINEZ R13264 Stop EVERY med Teck
that did Rounds. The med Tecks I
witness were BOB, Danny and Gmore
I witness MARTINEZ complain to
these Staff about his back pains
and Stamack problems. These Staff
told inmate MARTINEZ that there
is nothing they could do For him.

I MAURICE Williams certify
under Penalty of Perjury pursuant
To 735 ILCS 5/5-109 et SEG
The Aforementioned is True

DATE- 12/14/07

Maurice Williams R25707

<u>Affidavit</u>

I Byia Bruce Declare
under Oath and Penalty of Perjury
The Following is true. I have
Been on Four gallery since 10/26/07
I have been place in cell 450
Next to Imate Martinez. And
since I been up here on four
gallery I witness Martinez
stop medteck Seymore and Darcey.
Bob these is the medteck that
Do the rounds in F House.
Inmate Martinez have told The
medteck that he haveing problem
with his back and Stomach.
And these medteck told martinez
there is nothing they can Do for
him.


        I Byia Bruce Certify
under Penalty of Perjury Pursuant
to 735 ILCS 5/5-109 Et Sey
The Following is True
                        Date - 12/14/07


                Byia Bruce
                   R27102

RECEIVED
DEC 200~

DEC 9th 2007

Greetings Ms wright:

My name is ~~John Martin~~ #13364.
the reason im writing you this letter
is in hope of geting ~~the medical attention~~
I need. I have two serious medical conditions
that require medical attention. first
Ill explain about my Stomach. I have a
Sharp Pain in my Stomach thats interfering
with my daily life. I witness Blood
in the stool atleast 3 times a week.
I Put in ~~for~~ Sick call and they say im not
drinking enough water. I do drink lots of
water so im almost sure thats not the
Problem. ISSUE #2 I Been having Serious
Back Pain. a Pain thats almost unbearable.
the Problem kicks in if I lay for ~~too~~
long or Stand ~~for to~~ long. I dont mean
a little Pain I mean a Pain that causes
my entire lower Back to lock up. I already
~~had~~ one surgery to remove a Disk and
now everytime I file a Grievance Doctor
Ghosh answers my Grievance By saying
I was Sent to the V.I.C hospital
where inmate had Surgery for his Back

GRIEVANCE

01-02-08

John Martinez
R 13264
Dated: 12-09-07

I investigated this grievance.
I/M grieves that he has a stomach and back problem.
Claims that past treatment has not been working.

I reviewed his chart.
I spoke with the physician.
The physician feels that he should be seen and accordingly an appointment will be made
for him to come to HCU.

I trust this will be of help to him.

Thank you,

C. A. Vance, RN, MSN, IICUA

and springfield says they aint doctors
to contradic DR. gnash diagnosis
But what I cant seem to get anybody
to understand is that DR gnash
is right I was sent to U.I.C and I
had Surgery im not denying that.
im Pain free on my Right side
the Pain is now on my Left
I dont know if this injury is
fallowed By the Surgery. But im
in alot of Pain MRS Wright. it wont
cast them a thang to run a test on
my Back and my Stomach to see
whats wrong with me MRS Wright
im only 27 years old why would
I Be Begging you for Surgery on my
Back if nothing was wrong with me after
the surgery I didnt do no P.T or nothing.
Please get Back to me concerning this
matter Please have a happy holidays
respectfully written

John Martinez
R13264
F451.

NAME: MARTINEZ, JOHN # R132164    Cell: E506

## From the desk of:
## Sherwin Miles
## Correctional Counselor 2
## Edward House Counselor

**DATE:** March 17, 2008

**Please be advised I will be off work starting Friday March 21, 2008 and return to work Monday March 31, 2008. If you need anything, just go ahead and send me a kite and I will get my mail and answer it when I return or you can wait until I return.☺ ☺**

Your IAST Doctor Vist WAS 11·20·07 For
STOMACH Pain. 8·30·07 For Your Spin.

IN THE

U.S. DISTRICT COURT


John Martinez

       Plaintiff

      V.                     Case No#_____

Tammy Garcia,Terry McCann,

John/Jane Doe Warden,Dr.

Mitchell,Ami Workman,Melody J.

Ford,Roger E. Walker J.R. Mike

Sanders,Nurse Wendy,Ca Vance,

Dr.Andrew Tilden,Dr. Pathros Ghosh,Dr.

Williams,Med-Tecs Bob and Semor Nurse

Danny

        Defendants

---

## PROOF /CERTIFICATE OF SERVICE

To: 219 S. Dearborn
    Chicago,Illinois
    60604

**Please take note that on** April 29th 2008, I have placed the documents listed below in the institutional mail at Stateville Corr Center in Joliet,Illinois, properly addressed to the parties listed above for mailing through the United States Postal Service.

### 18 Briefs

**Pursuant to** 28 USC 1746,18USC 1621 or 735 **ILCS** 5/109,I declare, under the penalty of perjury,that I am a named party in the above action,that I have read the above documents,and that the information contained therein is true and correct to the best of my knowledge.


Date. April the 4th 2008      /s/ _Martinez John_

                            Name _MARtiNez_

                            Idoc# _R13264_

                          **Stateville Corr. Center**

                          P.O Box 112


                          Joliet,Illinois 60434