# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2601 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Martinez vs. Garcia | | |

**DOCKET ENTRY TEXT**

The Clerk is directed to issue summons and forward them to the United States Marshal for service of process.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|