08 cv 2601

July 7th 2008.

John Martinez
R13264
PO Box 112
Joliet Ill 60434

**FILED**
JUL 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear clerk:

I enclose a copy of all the responses that I've gotten so far, from all the attorneys that I wrote seeking legal representation. this is a request made by the Honorable Judge Shadur. I trust that this material will be forward to the court. thank you for your time respectfully written

John Martinez
R13264

CASE # 08 C 2601
John Martinez
vs.
Tammy Garcia

# LEGAL MAIL RECEIPT

## STATEVILLE CORRECTIONAL CENTER, JOLIET, IL 60434

RESIDENT **Martinez, J**  REGISTER NO. **R13264**  LOCATION **B820**

FROM MAIL OFFICE      DATE **6/16/08**  RE-ROUTE _____

LEGAL MAIL FROM: **Kenneth E. Kraus**

_____

_____

( ) PACKAGE

SIGNATURES: _____  DATE **6·16·8**
OFFICER HANDING OUT LEGAL MAIL

X _____  DATE **June 16th 2008**
INMATE RECEIVING LEGAL MAIL

( ) CERTIFIED    ( ) EXPRESS    ( ) FED EX    ( ) UPS    ( ) DELIVERY CONFIRMATION

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU.

IL 426-9289
DCA-16174



( ) PACKAGE

# LEGAL MAIL RECEIPT

## STATEVILLE CORRECTIONAL CENTER, JOLIET, IL 60434

RESIDENT  J. Martinez    REGISTER NO. R13264    LOCATION  B 820

FROM MAIL OFFICE    DATE 6.10.08    RE-ROUTE

LEGAL MAIL FROM: Frederick F Cohn    Chgo

RTS → Not Deliverable/unable to forward

SIGNATURES: I. Ama    DATE 6-10-08
OFFICER HANDING OUT LEGAL MAIL

Martinez    DATE 6/10/08
INMATE RECEIVING LEGAL MAIL

( ) CERTIFIED    ( ) EXPRESS    ( ) FED EX    ( ) UPS    ( ) DELIVERY CONFIRMATION

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU.

IL 426-9289
DOC-6174

## LEGAL MAIL RECEIPT

( X ) PACKAGE

### STATEVILLE CORRECTIONAL CENTER, JOLIET, IL 60434

RESIDENT  Martinez, J    REGISTER NO. R13264    LOCATION  B820

FROM MAIL OFFICE            DATE 7/2/08    RE-ROUTE _____

LEGAL MAIL FROM:  Alan Shifrin & Assoc.

_____

_____

_____

SIGNATURES: _____    DATE _____

OFFICER HANDING OUT LEGAL MAIL

X _[signature]_    DATE  July 2nd 2008

INMATE RECEIVING LEGAL MAIL

( ) CERTIFIED    ( ) EXPRESS    ( ) FED EX    ( ) UPS    ( ) DELIVERY CONFIRMATION

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU

IL 426-9289

( ) PACKAGE

## LEGAL MAIL RECEIPT

### STATEVILLE CORRECTIONAL CENTER, JOLIET, IL 60434

RESIDENT J. Martinez   REGISTER NO. R13264   LOCATION B820

FROM MAIL OFFICE           DATE 6-6-08       RE-ROUTE _____

LEGAL MAIL FROM: Robert Schey                    Chgo

_____

RTS - attempted not known.

_____

SIGNATURES: _____ DATE _____
            OFFICER HANDING OUT LEGAL MAIL

            X  [signature]                  DATE 6/6/08
            INMATE RECEIVING LEGAL MAIL

( ) CERTIFIED   ( ) EXPRESS   ( ) FED EX   ( ) UPS   ( ) DELIVERY CONFIRMATION

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU.

IL 426-9289

**LEGAL MAIL RECEIPT**

( ) PACKAGE

**STATEVILLE CORRECTIONAL CENTER, JOLIET, IL 60434**

RESIDENT Martinez, J   REGISTER NO. R13204   LOCATION B820

FROM MAIL OFFICE _____   DATE 5/30/08   RE-ROUTE _____

LEGAL MAIL FROM:  Donald Hubert

R+S

Unable to Forward

SIGNATURES: _[signature]_   DATE 5-30-08
OFFICER HANDING OUT LEGAL MAIL

_[signature]_   DATE May 30th 08
INMATE RECEIVING LEGAL MAIL

( ) CERTIFIED   ( ) EXPRESS   ( ) FED EX   ( ) UPS   ( ) DELIVERY CONFIRMATION

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU.

IL 426-9289
DC A-16174

# LEGAL MAIL RECEIPT

( ) PACKAGE

## STATEVILLE CORRECTIONAL CENTER, JOLIET, IL 60434

RESIDENT Martinez, J REGISTER NO. R13264 LOCATION B820

FROM MAIL OFFICE  DATE 5/28/08  RE-ROUTE _____

LEGAL MAIL FROM: Atty. J. M. Lerner
R+S
Unable to forward

SIGNATURES: _____  DATE 5-29-8
OFFICER HANDING OUT LEGAL MAIL

_____  DATE May 30, 2008
INMATE RECEIVING LEGAL MAIL

( ) CERTIFIED   ( ) EXPRESS   ( ) FED EX   ( ) UPS   ( ) DELIVERY CONFIRMATION

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU.

IL 426-9289
DCA-16174

# LEGAL MAIL RECEIPT

( ) PACKAGE

## STATEVILLE CORRECTIONAL CENTER, JOLIET, IL 60434

RESIDENT _Martinez_  REGISTER NO. _R13264_  LOCATION _B320_

FROM MAIL OFFICE _____  DATE _____  RE-ROUTE _____

LEGAL MAIL FROM: _SAD_ _____ _Chg_

_____

_____

_____

SIGNATURES: _T. Posner_ _____  DATE _4-28-08_
OFFICER HANDING OUT LEGAL MAIL

_[signature]_ _____  DATE _4-28-08_
INMATE RECEIVING LEGAL MAIL

( ) CERTIFIED    ( ) EXPRESS    ( ) FED EX    ( ) UPS    ( ) DELIVERY CONFIRMATION

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU.

IL 426-9289
DCA-16174

## LEGAL MAIL RECEIPT

### STATEVILLE CORRECTIONAL CENTER, JOLIET, IL 60434

RESIDENT Martinez, J  REGISTER NO. B13264  LOCATION B820

FROM MAIL OFFICE          DATE 6/3/08  RE-ROUTE _____

LEGAL MAIL FROM: Attorney @ Law Jared M Scott
R+S
Unable to Forward

SIGNATURES: _____ DATE _____
OFFICER HANDING OUT LEGAL MAIL

X Martinez _____ DATE June 3, 2008
INMATE RECEIVING LEGAL MAIL

( ) CERTIFIED   ( ) EXPRESS   ( ) FED EX   ( ) UPS   ( ) DELIVERY CONFIRMATION

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU.

IL 426-9289

# LEGAL MAIL RECEIPT

( ) PACKAGE

## STATEVILLE CORRECTIONAL CENTER, JOLIET, IL 60434

RESIDENT J. Martinez   REGISTER NO. R13264   LOCATION B820

FROM MAIL OFFICE   DATE 6-5-08   RE-ROUTE _____

LEGAL MAIL FROM: Thomas Peters (RTS - Insufficient Address)

Kerrin B Slattery (RTS - Attempted Not Known)

SIGNATURES: _____ DATE 6-5-8
OFFICER HANDING OUT LEGAL MAIL

X __Martin__ DATE June 15, 2008
INMATE RECEIVING LEGAL MAIL

( ) CERTIFIED   ( ) EXPRESS   ( ) FED EX   ( ) UPS   ( ) DELIVERY CONFIRMATION

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU.

#426-9289

# LEGAL MAIL RECEIPT

## STATEVILLE CORRECTIONAL CENTER, JOLIET, IL 60434

( ) PACKAGE

RESIDENT J. Martinez　REGISTER NO. R13264　LOCATION B820

FROM MAIL OFFICE　　　DATE 6-5-08　RE-ROUTE _____

LEGAL MAIL FROM: Swanson, Martin & Bell　　Chgo

SIGNATURES:
_(signature)_ OFFICER HANDING OUT LEGAL MAIL　DATE 6-5-8

X _martinez_ INMATE RECEIVING LEGAL MAIL　DATE June 5, 2008

( ) CERTIFIED　( ) EXPRESS　( ) FED EX　( ) UPS　( ) DELIVERY CONFIRMATION

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU.

IL 426-9289
DCA-16174

# LEGAL MAIL RECEIPT

## STATEVILLE CORRECTIONAL CENTER, JOLIET, IL 60434

( ) PACKAGE

RESIDENT **Martinez**   REGISTER NO. **R13264**   LOCATION **B820**

FROM MAIL OFFICE   DATE **6/2/8**   RE-ROUTE _____

LEGAL MAIL FROM: **RTS from: Maurice Rosenfield Chgo, Il**

SIGNATURES: _____   DATE **6-2-8**
OFFICER HANDING OUT LEGAL MAIL

X **Martinez** _____   DATE **June 2, 2008**
INMATE RECEIVING LEGAL MAIL

( ) CERTIFIED    ( ) EXPRESS    ( ) FED EX    ( ) UPS    ( ) DELIVERY CONFIRMATION

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU.

IL 426-9289
DOC-0174

# LEGAL MAIL RECEIPT

( ) PACKAGE

STATEVILLE CORRECTIONAL CENTER, JOLIET, IL 60434

RESIDENT __Martinez__ REGISTER NO. __R13264__ LOCATION __B820__

FROM MAIL OFFICE     DATE __6/20/08__ RE-ROUTE _____

LEGAL MAIL FROM: __Bryce, Downey__     __Chg__

SIGNATURES: __[signature]__ DATE __6-20-8__
OFFICER HANDING OUT LEGAL MAIL

__[signature]__ DATE __6-20-8__
INMATE RECEIVING LEGAL MAIL

( ) CERTIFIED    ( ) EXPRESS    ( ) FED EX    ( ) UPS    ( ) DELIVERY CONFIRMATION

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU.

IL 426-9289
DCA-16174

# LEGAL MAIL RECEIPT

( ) PACKAGE

STATEVILLE CORRECTIONAL CENTER, JOLIET, IL 60434

RESIDENT Martinez, J   REGISTER NO. R13264   LOCATION B820

FROM MAIL OFFICE           DATE 6/11/08   RE-ROUTE _____

LEGAL MAIL FROM: _____ Louis & Getten _____

_____

_____

_____

SIGNATURES: _____   DATE _____
OFFICER HANDING OUT LEGAL MAIL

X _Martinez_____   DATE 6/11/08
INMATE RECEIVING LEGAL MAIL

( ) CERTIFIED    ( ) EXPRESS    ( ) FED EX    ( ) UPS    ( ) DELIVERY CONFIRMATION

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU.

IL 426-9289
DCA-16174

LAW OFFICES
# Alan H. Shifrin & Associates, L.L.C.

3315 ALGONQUIN RD. • SUITE 202 • ROLLING MEADOWS, ILLINOIS 60008 • (847) 222-0500 • FAX (847) 222-0375

ALAN H. SHIFRIN
TERRY D. SLAW

KIMBERLY L.W. SANDERS
Paralegal

CHICAGO OFFICE-
BY APPOINTMENT ONLY

June 26, 2008

John Martinez R13264
P.O. Box 112
Joliet, IL 60434-0112

      RE: May 30, 2008 letter

Dear Mr. Martinez;

    I regret to inform you that due our unusually high case load, that at this time we will be unable to represent you in your matter against the Stateville Medical Staff. I would recommend that you contact one of the many pro bono / legal aid legal organizations in Illinois. A list of such organizations can be obtained from the Chicago Bar Association or the Illinois Bar Association.

Very truly yours;

Terry D. Slaw
/JSM

# LOWIS & GELLEN LLP

ATTORNEYS AT LAW

Suite 1900
200 West Adams Street
Chicago, Illinois 60606
Tel:   312.364.2500
Fax:   312.364.1003

Martin W. McManaman
(312) 628-7188
martym@lowis-gellen.com

www.lowis-gellen.com

June 9, 2008

VIA U.S. MAIL
John Martinez
Register #R-13264
Stateville Correctional Center
P.O. Box 112
Joliet, Illinois 60434

Re:   Case No. 08 C 2601 (N.D. Ill.)

Dear Mr. Martinez:

I received your letter dated May 16, 2008, in which you request legal representation in connection with the above referenced lawsuit. While I appreciate your request, I respectfully decline to represent you.

Because I am declining to represent you, I do not make any statement or express any opinion concerning your lawsuit. I do note, however, that the law imposes a two-year time limit for the type of claim described in your letter, which means that you must sue a person within two years from the date of your injury in order to hold them liable. Your lawsuit may have already accomplished this, but I note it nonetheless and suggest that you consult with an attorney as soon as possible.

To make sure we are clear, there is no attorney-client relationship between us and our letters do not create such a relationship. I am neither giving you legal advice nor intending to give you legal advice, so you should not consider anything in this letter or even my act of responding to you as being any type of legal advice.

I wish you good luck and improved health in the future.

Sincerely,

LOWIS & GELLEN LLP

Martin W. McManaman

Chicago • Deerfield • Jacksonville • Joliet • Naperville • Orlando • London

# SWANSON, MARTIN & BELL, LLP

ATTORNEYS AT LAW
330 NORTH WABASH, SUITE 3300, CHICAGO, ILLINOIS 60611
(312) 321-9100 • FAX (312) 321-0990

Writer's Direct Dial (312) 321-8428
kschichtl@smbtrials.com

June 3, 2008

John Martinez, R-13264
P. O. Box 112
Joliet, IL 60434-0112

  Re: Case #08-C-2601

Dear Mr. Martinez:

  Our firm does substantial work defending cases for doctors and hospitals, including care rendered to incarcerated patients, and therefore we do not represent patients in these types of cases.

  We do undertake pro bono cases which do not involve claims of medical malpractice.

           Very truly yours,

           SWANSON, MARTIN & BELL, LLP

           Kay L. Schichtel

KLS/bam/585604

**BRYCE DOWNEY, LLC**

200 NORTH LASALLE STREET | SUITE 2700 | CHICAGO, ILLINOIS 60601 | TEL 312.377.1501 | FAX 312.377.1502 | WWW.BRYCEDOWNEY.COM

ATTORNEYS     CHICAGO | OAK BROOK | MEMPHIS | ATLANTA

**RICHARD W. LENKOV**
312.327.0032
rlenkov@brycedowney.com

June 18, 2008

Mr. John Martinez
R-13264
PO Box 112
Joliet, IL 60434-0112

Dear Mr. Martinez:

    I received your May 16, 2008, letter requesting our assistance in your civil suit against Stateville medical staff. We are unable to assist you at this time.

Sincerely,

Richard W. Lenkov

RWL/mgk



**Chicago Lawyers' Committee for Civil Rights Under Law, Inc.**　*Chicago's Partnership for Equal Justice*

June 9, 2008

Mr. John Martinez, #R-13264
Stateville Correctional Center
P.O. Box 112
Joliet, Illinois 60434-0112

Dear Mr. Martinez:

We received your letter concerning your problem. Unfortunately the Chicago Lawyers' Committee for Civil Rights Under Law, Inc. cannot provide assistance to you. The Chicago Lawyers' Committee do not deal with prisoners' rights or due process issues here. However, you may contact these organization and hopefully they may be able to refer you.

- Chicago Bar Association
  Lawyer Referral Service
  321 South Plymouth Court
  Chicago, Illinois 60604
  (312) 554-2001

Coordinated Advice and Referral Program
 for Legal Services (CARPLS)
(312)738-9200
email: info@carpls.org

Good luck in your efforts to resolve your problem.

Sincerely,

Ruby Le Flore
Secretary

100 North LaSalle Street　Suite 600　Chicago, Illinois 60602　312.630.9744 (voice)　312.630.1127 (fax)　www.clccrul.org