Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2601 | **DATE** | 7/21/2008 |
| **CASE TITLE** | John Martinez vs. Tammy Garcia, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum. Plaintiff's motion for appointment of counsel is granted. (8-1) This Court hereby appoints on a pro bono basis: Heather Kramer, Schwartz Cooper Chartered, 180 North LaSalle Street, Suite 2700, Chicago, IL 60625, 312-516-4471. (Attachment)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: SN