IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN MARTINEZ,                          )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )    No.  08 C 2601
                                        )
TAMMY GARCIA, et al.,                   )
                                        )
                    Defendants.         )

## MEMORANDUM

Pro se plaintiff John Martinez ("Martinez") has most recently sent the attached letter to this Court, reporting on the correctional authorities' response to his health problems after the issuance of this Court's May 9, 2008 memorandum opinion and order, but also complaining of his need for further care to deal with his problems.  Although Martinez' letter obviously crossed in the mails this Court's follow-up June 30, 2008 memorandum order, so that he has not provided a completely-filled-out Motion for Appointment of Counsel ("Motion")(forms of that Motion were sent him together with the June 30 order), this Court will treat his letter's recital of his efforts to obtain representation on his own as the equivalent of a Motion.

Accordingly this Court has obtained the name of this member of the trial bar, who is appointed to represent Martinez on a pro bono basis:

```
Heather Kramer
Schwartz Cooper Chartered
180 North LaSalle Street, Suite 2700
Chicago IL  60625
312.516.4471
```

It is expected that the appointed counsel will address herself to the problems that Martinez' letter has identified.

                                      */s/ Milton I. Shadur*
                                    Milton I. Shadur
                                    Senior United States District Judge

Date:   July 21, 2008

RECEIVED
JUL 0 1 2008
MILTON I. SHADUR
SENIOR U.S. DISTRICT JUDGE

July 2nd 2008.

John Martinez
ID# R-13264.
P.O. BOX 112
Joliet Ill 60434
Case# 08-C-2601

Dear Judge Shadur,

first allow me to thank you for addressing my Problem in such a Professional way. as a result to your memorandum opinion and order I was escorted to the healthcare unit By warden Reed Personally. when we arrived warden Reed and DR Ghosh engaged in a Brief Privet conversation. Shortly after I was examined By DR Ghosh himself. DR Ghosh asked me questions Pertaining to my abdominal Problem. he asked if he can Perform an impertant rectum examine. I'll like to add that DR Ghosh was extremely ruff when Performing his examine. I didnt file a grievance concerning DR Ghosh Behavior. I figure soon I'll Be able to consult with an attorney. once your honor appoints one.

I did file a motion for appointment of counsel but I have yet to receive a response from the clerk. I did write a total of 40 firms seeking representation. four firms response were declining to represent me. sixteen of my letters were returned to sender. im still waiting on 20 of my letters to be answered. your honor I will like to add that I am completely illiterate when it comes to the law. so I am in desperate need of counsel or guidness.

as for my Back Problem theres nothing realy Being done. I do see a physical therapist once every other week for 10-15 minutes. not counting the lockdown, which were always on. I realy need to see a therapist more often. im asking you to please reccomend that im transfered to Dickson correctional center where I can have access to therapy more often. the therapist told me that Because of my age I should ask you to recamend Dickson C.C Because most cases of Back Problem with young patients can Be solved through physical therapy

But it is unlikely that my Problem will be solved with 10-15 minutes of P.T every other week.

Judge Shadur im 28 years old the last thing I want is to be forced to a second Back surgery that can Possibly be solved through P.T. But staying here in Stateville I will Be forced to take the surgery Because not enough P.T is offered. Judge this Pain is almost unbearable, it starts on my lower Leftside and runs down my hip, leg, knee and foot. Simultaneously up my left Back and down my left arm if I have to I will allow the surgery But there is always a chance of Being Paralized through surgery. Please judge allow me to give P.T a chance if Possible. I thank you for listening thank you for your time Respectfully written

John Martino