M HW

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN MARTINEZ - #R-13264 | 08 C 2601 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| TAMMY GARCIA, ETAL | WAIVER-SUMMONS & COMPLAINT |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ROGER E. WALKER, JR. -DIRECTOR -ILLINOIS DEPT. OF CORRECTIONS
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1301 CONCORDIA COURT - P.O. BOX 19277 SPRINGFIELD, IL 62794-9277

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| JOHN MARTINEZ - #R-13264<br>STATEVILLE CORRECTIONAL CENTER<br>P.O. BOX 112<br>JOLIET, ILLINOIS 60434 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 15 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                    Fold

**FILED**

7-28-2008
JUL 28 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 07-08-08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 15/15 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk RT. | Date 07-08-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (If not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (complete only different than shown above) | Date 7-11-08 | Time ☐ am ☐ pm |
|---|---|---|
| RECEIVED RECEIPT OF CERTIFIED MAIL- DELIVERY (GREEN CARD) | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount owed or Refund*) |
|---|---|---|---|---|---|
| ONE Service fee charged same case + location. See process sheet 14 for charges | | | | | |

REMARKS:
CERTIFIED MAIL WITH WAIVER MAILED ON 07-08-08
CERTIFIED MAIL NUMBER: 7007 0710 0000 9548 4909

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FOR USMS USE ONLY

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CASE:  08 C 2601

Roger E. Walker, Jr. Director
Illinois Dept. of Corrections
1301 Concordia Court
P.O. Box 19277
Springfield, IL   62794-9277

ATTN:  Prisoner Litigation
Coordinator

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

JUL 1 1 2008

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7007 0710 0000 9548 4909

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

U. S. Marshals Service
Northern District of Illinois
219 South Dearborn Street - Room 2444
Chicago, IL   60604

ATTN::  Civil DIvision

CASE:  08 C 2601

C018