USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>JOHN MARTINEZ - #R-13264 | COURT CASE NUMBER<br>08 C 2601 |
|---|---|
| DEFENDANT<br>TAMMY GARCIA, ETAL | TYPE OF PROCESS<br>WAIVER-SUMMONS & COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DR. PATHROS GHOSH, MEDICAL DIRECTOR AT STATEVILLE CORRECTIONAL CENTER
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. BOX 112 JOLIET, ILLINOIS 60434

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

JOHN MARTINEZ - #R-13264
STATEVILLE CORRECTIONAL CENTER
P.O. BOX 112
JOLIET, ILLINOIS 60434

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 15 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

F I L E D
JUL 2 8 2008 YM
Jul 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER
DATE 07-08-08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 12|15 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk A.T. | Date 07-08-08 |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Received signed Waiver of Summons from Dr. P. Ghosh.

Date 7/16/08    Time [ ] am [ ] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS: One service fee charged same case + location. See process sheet #1 for charges
CERTIFIED MAIL WITH WAIVER MAILED ON 07-08-08
CERTIFIED MAIL NUMBER: 7007 0710 0000 9548 4893

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Form AO-399 (Rev. 05/00)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
(DISTRICT)

Waiver of Service of Summons

**FILED**
JUL 2 8 2008 YM

TO: JOHN MARTINEZ - #R-13264
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, DR. PATHROS GHOSH acknowledge receipt of your request that I waive
(DEFENDANT NAME)

service of summons in the action of JOHN MARTINEZ VS. TAMMY GARCIA, ETAL.
(CAPTION OF ACTION)

which is case number 08 C 2601 in the United States District Court for the
(DOCKET NUMBER)

NORTHERN DISTRICT OF ILLINOIS
(DISTRICT)

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after JULY 8, 2008
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_____        _____
DATE                   SIGNATURE

Printed/Typed Name: DR. PATHROS GHOSH

As MEDICAL DIRECTOR of STATEVILLE CORRECTIONAL CENTER
TITLE                   CORPORATE DEFENDANT

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown to its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me:^  
DATE: 7/15/08

NAME OF SERVER (Print): Kathy Sandlin  
TITLE: Lit. Coord

Check one box below to indicate appropriate method of service:

[X] Served personally upon the defendant. Place where served: 16830 S Rt 53 Crest Hill, IL

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**FILED**  
JUL 28 2008  YM  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/15/08  
Date

Signature of Server: Kathy Sandlin

Address of Server

AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

**JOHN MARTINEZ,**

CASE  08-CV-2601

VS.

**JUDGE MILTON I. SHADUR**

**TAMMY GARCIA, et al,**

TO:   Dr. Pathros Ghosh,

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff pro se:

NAME:       John Martinez, #R-13264
            Stateville - STV
ADDRESS:    P.O. Box 112
            Joliet, IL 60434

answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK

July 2, 2008
Date

Deputy Clerk - Angela Revis

