# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 2601 |
| *John Martinez v. Tammy Garcia, et al.* | |
| | The Hon. Milton I. Shadur<br>Judge Presiding |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: Danielle Taylor (Nurse Danny), Seymour White

| |
|---|
| NAME (Type or print)<br>LEA T. NACCA |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Lea T. Nacca |
| FIRM<br>Office of the Illinois Attorney General |
| OFFICE ADDRESS<br>100 W. Randolph, 13th Floor |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6286005 | TELEPHONE NUMBER<br>(312) 814-4491 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ___  NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ___  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ___  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ___ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ___   APPOINTED COUNSEL ___