## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Date: 08/27/08                                     Case No. 08-CV-2601

Case Title:                                        Judge: Shadur
                    Martinez Vs. Garcia

### NOTICE OF CORRECTION

**The following error was found in document no.** 33

- [ ] The document has been filed in the incorrect case.
- [ ] The document is filed in the correct case, but the case number and case title do not match.
- [x] The incorrect document (PDF file) was linked to the entry
- [ ] The incorrect file date was entered.
- [ ] The incorrect type of event was used to describe the document.
- [ ] The title of the document does not match the text of the entry.
- [ ] The entry is a duplicate of entry no.
- [ ] Other:

**Corrective action taken by the Clerk:**

- [x] The text of the entry has been edited and the PDF file has been replaced.
- [ ] The following notation has been added to the text of the entry: (*Linked document has the incorrect case title or linked document has the incorrect case number.*)
- [ ] The correct document (PDF file) has been linked to the entry.
- [ ] The file date has been corrected.
- [ ] The text of the entry has been edited.
- [ ] The text of the entry has been edited to read "Duplicate filing of document number."
- [ ] Other:

**Corrective action required by the filer:**

- [ ] The document must be refiled.
- [ ] Other:
             (None required.)

                                        Michael W. Dobbins, Clerk of Court

                              By:  s/ Angela Revis
                                        Deputy Clerk

NDIL (10/05) Notice of Correction