USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>JOHN MARTINEZ - #R-13264 | COURT CASE NUMBER<br>08 C 2601 |
|---|---|
| DEFENDANT<br>TAMMY GARCIA, ETAL | TYPE OF PROCESS<br>WAIVER-SUMMONS & COMPLAINT |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
C. A. VANCE, R.N. AT STATEVILLE CORRECTIONAL CENTER

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
P.O. BOX 112 JOLIET, ILLINOIS  60434

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| JOHN MARTINEZ - #R-13264<br>STATEVILLE CORRECTIONAL CENTER<br>P.O. BOX 112<br>JOLIET, ILLINOIS  60434 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 15 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

Fold                    Fold

**F I L E D**
8-25-2008
AUG 2 5 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>07-08-08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>11 15 | District of Origin<br>No. 24 | District to Serve<br>No. 24 | Signature of Authorized USMS Deputy or Clerk  R.T. | Date<br>07-08-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)*<br>NOT SERVED — Carol Vance is no Longer employeed at Stateville Correctional Center | Date<br>7/8/08 | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 |

REMARKS:
CERTIFIED MAIL WITH WAIVER MAILED ON  07-08-08
CERTIFIED MAIL NUMBER:  7007 0710 0000 9548 4893

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

DOC Legal Services / Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet , IL 60434 / Telephone: (815) 727-3623
Fax: (815) 727-3869
TDD: (800) 526-0844

July 18, 2008

Tomar Dicosta, Civil Desk
U.S. Marshal's Service
2444 Dirksen Federal Building
219 South Dearborn Street
Chicago, Illinois 60604

**VIA FAX 312-886-0802**

RE:    Martinez v Garcia, et al
       08 2545 C 2601

Dear Ms. Dicosta:

In accordance with the above-captioned civil action, please be advised the following individuals are not at Stateville Correctional Center.

> Carol Vance, is a former employee
> Dr. Andrew Tilden, is a former contractual employee
> Bob cannot be identified
> Mike Sanders is not a Stateville Employee

The service did not have a request for the last known address so one could not be provided.

Please feel free to contact me if you have any questions or need further information regarding this matter.

Sincerely,

Kathy Sandlin

Kathy Sandlin
Litigation Coordinator

Form AO-399 (Rev. 05/00)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
(DISTRICT)

## Waiver of Service of Summons

TO: __JOHN MARTINEZ - #R-13264__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __C. A. VANCE__ acknowledge receipt of your request that I waive
(DEFENDANT NAME)

service of summons in the action of __JOHN MARTINEZ VS. TAMMY GARCIA, ETAL.__
(CAPTION OF ACTION)

which is case number __08 C 2601__ in the United States District Court for the
(DOCKET NUMBER)

__NORTHERN DISTRICT OF ILLINOIS__ .
(DISTRICT)

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __JULY 8, 2008__
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_____          _____
DATE                                SIGNATURE

Printed/Typed Name: __C. A. VANCE__

As __R. N.__                of __STATEVILLE CORRECTIONAL CENTER__
TITLE                          CORPORATE DEFENDANT

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown to its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, of that the action has been brought in an improper place or in a court which lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2601 | **DATE** | 7/1/2008 |
| **CASE TITLE** | | Martinez vs. Garcia | |

**DOCKET ENTRY TEXT**

The Clerk is directed to issue summons and forward them to the United States Marshal for service of process.



| | Courtroom Deputy Initials: | SN |
|---|---|---|

AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

**JOHN MARTINEZ,**

**CASE  08-CV-2601**

     **VS.**

**JUDGE MILTON I. SHADUR**

**TAMMY GARCIA, et al,**

TO:    C.A. Vance,

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff pro se:

NAME:          John Martinez, #R-13264
                   Stateville - STV
ADDRESS:     P.O. Box 112
                   Joliet, IL 60434

answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK

July 2, 2008
Date

Deputy Clerk - Angela Revis



## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me:^ | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ] Served personally upon the defendant.  Place where served:_____

_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left:

_____

[ ] Returned unexecuted:_____

[ ] Other (specify):_____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                          Date                         Signature of Server

                                         _____

                                         Address of Server

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

John Martinez,
                Plaintiff,

            vs.

Tammy Garcia,Terry M^CCann,
John/Jane Doe Warden,Dr.Mitchell,
Ami Workman,Melody J.Ford,
Roger E.Walker J.R,Mike Sanders,
Nurse Wendy,C.A Vance,Dr.Andrew-
Tilden,Dr.Pathros Ghosh,Dr.Williams,
Med-Tecs Bob and Semor,Nurse Danny,
                Defendants

# 08 C 2601

Case No._____

### JUDGE SHADUR

### MAGISTRATE JUDGE COLE

COMPLAINT UNDER THE CIVIL RIGHTS ACT,TITLE 42 SECTION 1983
U.S Code

I. Plaintiff:
   A. Name:John Martinez
   B. ALiases:None
   C. Prisoner identification number:#R13264
   D. Place of present confinement:Stateville C.C
   E. Address:P.O Box 112,Joliet,Il 60434

II.Defendants:
   A. Defendant:Roger E.Walker J.R
      Title:Director
      Place of Employment:IDOC
   B. Defendant:Dr.Pathros Ghosh
      Title:Medical Director
      Place of Employment:Stateville C.C

RECEIVED
UNITED STATES MARSHAL
2009 JUL -8 PM 2:25
NORTHERN DIST.OF IL
ADMINISTRATIVE SECTION

C. Defendant:Dr.Mitchell
   Title:Doctor
   Place of Employment:Stateville C.C
D. Defendant:Melody J.Ford
   Title:Administrative Review Board
   Place of Employment:IDOC -Office of Inmate Issues.
E. Defendant:Tammy Garcia
   Title:Grievance Officer
   Place of Employment:Stateville C.C
F. Defendant:Ami Workman
   Title:Grievance Officer
   Place of Employment:Stateville C.C
G. Defendant:John/Jane Doe
   Title:Warden
   Place of Employment:Stateville C.C
H. Defendant:Terry M$^C$Cann
   Title:Warden
   Place of Employment:Stateville C.C
I. Defendant:Mike Sanders
   Title:Med-Tec/Nurse
   Place of Employment:Stateville C.C
J. Defendant:Dr.Andrew Tilden
   Title:Doctor
   Place of Employment:Stateville C.C
K. Defendant:Wendy
   Title:Nurse
   Place of Employment:Stateville C.C
L. Defendant:Danny
   Title;Nurse
   Place of Employment:Stateville C.C
M. Defendant:Bob
   Title:Med-Tec
   Place of Employment:Stateville C.C

N. Defendants:Semor
   Title:Med-Tec
   Place of Employment:Stateville C.C
O. Defendant:Dr.Williams
   Title:Doctor
   Place of Employment:Stateville C.C
P. Defendant:C.A Vance
   Title:R.N
   Place of Employment:Stateville C.C


III. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?
      (YES)
   B. Have you filed a grivance concerning the facts in this
      complaint?
      (YES)
   C.

   1. What steps did you take?
      I wrote several request slips to the institutions Health
Care Unit.I then filed "three" grievances through the emergency
procedure and none emergency procedure and wrote the Warden as well.

   2. What was the result?
      I was denied by the institutions emergency and regular
grievance procedure as well as denied by the A.R.B Roger E.Walker J.R

   3. If the grievance was not resolved to your satisfaction
      did you appeal?
      Yes,I did appealed all three grievances but I was denied
without a hearing.

   D. Is the grievance procedure now completed? (YES)

IV.  List all lawsuits you have filed in any state or federal
     court (including the Central and Southern Districts of Ill):

        (NONE)

## COMPLAINT

1. Plaintiff started suffering pains in the lower left side of his back on 10/8/2006.

2. These pains occurred after plaintiff had surgery on the lower "right side" of his back.

3. Plaintiff had a Herniated Disk removed on February 10,2006 at U.F.I

4. On October 9,2006 plaintiff submitted a request slip to see a Doctor concerning pain on the lower left side of his back and sharp abdominal pains that are causing blood in his stool.

5. On October 13,2006 plaintiff was called to be examine by Doctors at Stateville H.C.U

6. Plaintiff explained to Dr.Williams and Dr.Ghosh that he is in severe pain.Plaintiff tried to explain to both Doctors that he has been submitting sick call slips in attempt to see a Doctor for severe back and abdominal pains,but the request slips go unanswered. Both defendants Dr.Williams And Dr.Ghosh joked about my condition. Dr.Ghosh then asked plaintiff "Where do you think your at?This aint have it your way"Dr.Ghosh then said,I will prescribe you some pain medication for your back and some medication for your abdominal pain."But dont write anymore request slips because me and my staff will not answer them"He then claimed that he spent enough money on plaintiff.Refering to the surgery performed on February 10,2006

7. Plaintiff tried to explain to both defendants Dr.Ghosh and - Dr.Williams that pain killers are not working and that the pain is now on his lower left back and not the right.Dr.Williams pointed at Dr.Ghosh and stated;"Dr.Ghosh is the boss dont ask me for shit after what the boss(Dr.Ghosh)said I cant help you so don't ask me to go over my bosses head."

8. On October 16,2006,plaintiff submitted another sick call slip in an attempt to be re-examine for his back and to explain to the Doctor that the medication prescribed.For abdominal pains increased the bleeding and pain.Plaintiff request went unanswered.

9. On October 18,2006 plaintiff addressed his medical condition to Mike Sanders when Mr.Sanders was doing Med rounds in F-house at Stateville C.C Once plaintiff made it clear to Mr.Sanders that he is in severe back and stomach pains Mr.Sanders asked plaintiff his name .When plaintiff told Mr.Sanders "Martinez"he asked - if plaintiff was "John Martinez?".When plaintiff answered "yes"- Mr.Sanders became hostile and said,"I was given a direct order from Dr.Ghosh to ignore your cry baby ass!"Defendant then walked away.

10. Plaintiff again began to drop request slips in an attempt to be re-examine and treated by medical personnel at Statevilles'C.C prison Health Care Unit but never received any response.

11. On November 6,2006 plaintiff then filed a grievance addressing his medical issue.Counselor Shawn Bass responded by fowarding a memo from prison Dr.Ghosh dated December 28,2006.

12. Dr.Ghosh memo stated that plaintiff had his back taken care of including back surgery at U of I and plaintiff's other problem was addressed by Health Care providers.(See memo attached to - grievance #0407)

13. Plaintiff fowarded his grievance to the Grievance Officer on May 17,2007.Grievance Officer Tammy Garcia responded by simply agreeing with what Dr.Mitchell relayed to her.Dr.Mitchell never examined the plaintiff but simply concurred with Dr.Ghosh's decision to deny plaintiff medical treatment.Prison officials violated the Eighth amendments prohibition against cruel and unsual punishment when they acted deliberately and indifferently to serious medical needs of prisoners in their custody and this is true wheather the indifference is manifested by prison Doctor's responding to the prisoners needs or by guards intentionally delaying or denying access to medical care that has been prescribed and subjective component;the medical need must be sufficiently serious to satisfy the objective component and is sufficiently serious if it is one that has been diagnosed by Physicians - mandating treatment or that is so obvious that even a lay person would easily recognize the necessity for a Doctor's attention and for the subjective component,The requisite deliberate indifference a prisoner must establish that the defendants knew he faced a substancial risk by failing to take reasonable measures to abate it.

14. Plaintiff's grievance was denied by Warden M<sup>c</sup>Cann on May 23,2007.
So much as even inquiring with plaintiff about his medical condition.
15. Plaintiff's grievance was denied by the Administrative Review
Board Chair person Melody J.Ford and IDOC Director Roger E.Walker J.R
15. Plaintiff wrote Roger E.Walker J.R and Chair person Melody J.Ford
explaining to them how Dr.Ghosh and his medical staff are refering
to plaintiff' right lower back.Plaintiff clearly states in grievance
that he had surgery on February 10,2006 and is pain free on his
"lower right"but the pain on his"lower left"is almost unbareable.
16. Plaintiff filed a second grievance (**grievance #0585**).This
grievance was regarding back problems and abdominal pains.Plaintiff
stated that he was vomiting blood,blood in his stool and that the
prescribe medication were doing nothing for his grieved issue
which include severe pain.
17. This grievance was deemed a none emergency by some John/Jane
Doe Warden on April 12,2007 although plaintiff had been complaining
and suffering since 2004 and had an initial grievance denied on
the issue October 14,2007.
18. On May 25,2007 Dr.Ghosh responded by stating that plaintiff
had received treatment in off site clinic.He also had back surgery.
(**See memo attached to grievance #0585**)
19. Dr.Ghosh May 25,2007 memo however reffered to treatment that
was strictly for plaintiff's "lower **right** back".
20. Plaintiff second grievance was denied by Tammy Garcia on
June 15,2007 as she again relied on Dr.Ghosh's May 25,2007 memo.
Although plaintiff was grieving his lower **left** back not the right
back for which he had received medical treatment for which Dr.Ghosh
was reffering to while deliberately and blantly denying plaintiff
medical treatment.
21. Plaintiff grievance was denied by Warden Terry M<sup>c</sup>Cann on June
19,2007.
22. Plaintiff recsived Warden M<sup>c</sup>Cann's response on June 24,2007
and foward it to the A.R.B

22. The A.R.B received plaintiff's grievance on July 13,2007-
before the 30 day dead-line but denied plaintiff grievance alleging
that it was not submitted within the time frame out lined in DEPT.
Rule 504.Although plaintiff's grievance was foward on time.(**see
grievance #0585**)Warden denied plaintiff grievance on June 19,2007
The A.R.B received plaintiff's grievance on July 13,2007.Grievance
was clearly on time.
23. Plaintiff filed a total of three grievances in an attempt to
receive medical treatment.The third grievance was (**Grievance #0709**)
Plaintiff grieved the same claims as grievance #0585(**see grievance
attached**)
24. Plaintiff's third grievance was denied by grievance officer
Ami Workman on June 29,2007.Ami Workman also relied on Dr.Ghosh
statement.Mrs.Workman stated that she has no medical expertise or
authority  to contradict the Doctors recommendation or diagnosis
(**see grievance officers response attached to grievance #0709**)
25. Plaintiff then foward the grievance #0709 to the A.R.B
26. On December 21,2007 Melody J.Ford denied plaintiff third
grievance.Roger E.Walker J.R also denied plaintiff's grievance.
27. On December 4,2007 plaintiff wrote Warden Terry M$^C$Cann in an
attempt to receive some medical attention for his back pains and
abdominal pains.Plaintiff's letter went unanswered.
28. On December 5,2007 plaintiff spoke to Warden M$^C$Cann personally
while M$^C$Cann was doing rounds.Plaintiff explain to Warden M$^C$Cann
that the medical staff named in this suit continue to ignore plaintiff.
Plaintiff told M$^C$Cann that he submitted three grievances but Doctor
Ghosh keeps answering the grievances by saying plaintiff has been
examine.Warden M$^C$Cann took plaintiff's name and promised to take
care of it.Plaintiff never was examined or seen by a Doctor as
Warden M$^C$Cann promised.
29. Plaintiff repeatedly attempted to gain access to the H.C.U
while in F-house but never received any medical attention despite
the fact that he tryed to get attention by informing medical
personnel Bob,Danny and Semore.(**see attached affidavits**)of Elbert
Williams,Bryia Bruce and Maurice Williams.

30. On December 9,2009 plaintiff wrote the assistant Warden Venita-
F.Wright a letter complainig about his blood issue and about the
fact that Dr.Ghosh and all the respondents to his grievance would
blatantly refer to the right side of his back and not the **(LEFT)**
when denying·him medical treatment.**(See plaintiff's original letter
attached)**

31. On January 2,2008 C.A Vance responded to Warden Wright's referal
by stating "I reviewed his chart,I spoke with the Physician.The-
Physician feels that he (Martinez)should be seen and accordingly
an appointment will be made.**(See C.A Vance's letter attached)**

32. Plaintiff was never called to the H.C.U by the Physician.

33. On March 17,2008 plaintiff spoke to counselor Sherwin Miles
Plaintiff explain to Mrs.Miles that Vance spoke to Warden Wright
about his medical issues and told Warden Wright that plaintiff
will be called to H.C.U But never was.Mrs.Miles called H.C.U and
learned that plaintiff was last seen on November 20,2007 for
stomach pains and August 30,2007.**(See letter from counselor -
S.Miles attached)**These letters clearly show that plaintiff can not
gain access to the Health Care Unit even when ordered by the
institutions Warden.

## COUNT I. MEDICAL DELIBERATE INDIFFERENCE
## IN VIOLATION OF THE EIGHT AMENDMENT

34. Plaintiff herein re alleges and incorparates paragraphs 1-28
into this count.

35. By the foregoing acts of Tammy Garcia,Ami Workman,Dr.Pathros-
Ghosh,Terry M$^C$Cann,John/Jane Doe Warden,Dr.Andrew Tilden,Med-Tec
Bob,Nurse Danny and Med=Tec Semore,Dr.Mitchell,Melody J.Ford,Roger-
E.Walker J.R,Mike Sanders,Nurse Wendy denied plaintiff serious
medical care.**The factors stated in paragraphs 1-28** clearly demostra-
tes the deliberate indifference and callious and reckless disregard
for the plaintiff's Eighth amendment right to be free from cruel
and unusual punishment.

36. As a result of their denial's plaintiff has continued to suffer severe back pains that also causes a sharp pain down his "left leg" and "left arm".A pain that is almost unbareable.The pain interferes with plaintiff's sleep and everyday life.Plaintiff also suffers stomach pains,blood in the stool,sharp pains coming from colon area that last for a period of 10-to-15 seconds and plaintiff continues to taste blood and feeling a sharp burn in stomach.

Where for plaintiff John Martinez request;

A. Reasonable and appropriate compensatory damages arising from the wrongful conduct of all the defendants listed.

B. Punitive damages from these defendants in an amount to be ascerted at trial.

C. Cost,expenses and reasonable attorney fees pursuant to 42 U.5.C 5 988/

D. An injuction ordering the defendants to provide plaintiff with proper medical care;

E. And such other relief as the court deems necessary and proper.

### CERTIFICATION

By signing this Complaint,I certify that the facts stated in this Complaint are true to the best of my knowledge,information and belief.I understand that if this certification is not correct,I may be subject to sanctions by the Court.

Signed this _29_ day of _april_ ,20_08_

Notary:

_John Martinez_
Signature of plaintiff

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE

F133

| Date: NOVEMBER 8th 06 | Offender: (Please Print) MARTINEZ John | IDB: R13264 |
|---|---|---|
| Present Facility: Stateville C.C | Facility where grievance issue occurred: Stateville C.C | |

NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report _____ / _____ / _____
        Date of Report                    Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: In this Grievance I will like to address
a medical conditions that I Been requesting Profer treatment
for since "2004". its obvious that I have a Problem with my stomach.
from time to time I get sharp pains. I can Tast Blood all day everyday
I can see Blood in my spit. theres even times I vomit Blood.
the next issue is concerning my lower Back. I also Been seen
concerning my Back after surgery. On Feb 5 06 I was sent to
U.I.C Hospital for Back surger on my lower Right. I had a
Slip Desk that was Puting Presure on my Sciatic Nerve
causing Pain from my lower Back all the way down my Right
leg.

Relief Requested: That an M.R.I is Performed and if necessary
surger on my Lower Back left side is Performed.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Martinez John                    R13264    11 8 06
   Offender's Signature                     IDB        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 12, 14, 06    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: DR. GHOSH HAS PROVIDED A STATEMENT
CONCERNING THE MEDICAL TREATMENT
MARTINEZ HAS BEEN GIVEN. SEE
ATTACHMENTS.

S. BASS                 [signature]          12-28-06
   Print Counselor's Name       Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____    Is this determined to be of an emergency nature?
   [ ] Yes; expedite emergency grievance
   [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ / _____ / _____
                                                        Date

Chief Administrative Officer's Signature

leg. after the surgery my Lower Right is fine and Pain free the Problem now is on my Lower left. the same Problem I had is now Back it Been driving sick calls after sick calls I they just go unanswered the Pain is almost unbearable. it is interfering with my sleep and my everyday life I was told By my Doctor that the Disk in your Back are like Bricks are to a house and once one Disk falls out the disk on the other side will eventually fall as well: my Low right disk was removed But the left wasn't Because it was still in its Place. now I Believe it's sliped Putting Presure on my Sciatic nerve. when there is Presure on you Sciatic nerve it causes muscle spasim. now you have Both the muscle and the Disk smashing the sciatic nerve the Biggest nerve in the human Body.

I am filing this Grievance on the Grounds that my EiBHTH Amendment right is Being Violated. "deliberate indiff-lirence to serious medical needs" Violates the 8th amendment. ES telle VS. Gamble, 429 U.S. 97, 104 (1976) mere medical malpractice does not. what are "serious medical needs"? The Eighth amendment Prohibits the unnecessary and wanton infliction of Pain Estelle vs Gamble, 429 U.S at 104 other definitions Dwhether a reasonable Doctor or Patient would Perceive the medical need in Question as important and worthy of comment or treatment; 2) whether the medical condition significantly affects daily activities and 3) the existence of chronic and Substantial Pain. Brock vs wright, 315 F.3d 158 162 (2d Cir 2003) (internal quotation marks omitted). a serious medical need is Present whenever the failure to Treat a Prisoner's condition could result in further significant injury or the unnecessary and wanton infliction of Pain" Clements vs Gomey, 298 F.3d 898,904 (9th cir 2002). Medical conditions that fall well short of life threatening can nevertheless constitute "serious medical needs" if they result in Pain or loss of function. See Greeno VS Daley, 414 F.3d 645, 653 (7th cir 2005) severe heartburn with frequent vomiting; Brock vs wright 315 F.3d 158 163-64 (2d cir 2003) (Painful Keloids); clement vs Gomez, 298 F.3d 898 (9th cir 2002) effects of Pepper spray on Bystanders) Ellis v Butler. 890 F.2d 1001, 1003 8th cir (1989) (Swollen, Painful Knee); Pellicano v Shelby county 902 F. Supp 797, 801-02 (W.D Tenn 1995 denial of dilantin Prescribed for Seizure disorder Chance v City of chicago 901 F Supp. 806, 270 (N.D. Ill 1995) (Past surgical care of foot)

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

Continue from Pg 2 —

Bouchard vs magnusson, 715. F. supp.
1146, 1148 (D. me. 1989) (Persisten Back Pain). Smallwood vs
Renfro, 708 F. supp. 182, 187 ( N.D Ill 1989) cut lip
Henderson vs Harris, 672 F supp. 1054, 1059 (N.D Ill. 1987)
(hermmarrhoids) case v Bixler 518 F. supp. 1277, 1280 (S.D.
Ohio 1981) The Eighth Amendment is Being violated
when failure to treat Prisoner results in Pain even
if it does not result in a worsening of the Patient's
Condition. see Boretti vs visisscamb, 930 F.2d 1150, 1154 (6th
cir 1991 denial of dressing and Pain medication for wound).

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: | Offender:<br>(Please Print) | | ID#: |
|---|---|---|---|

| Present Facility: | Facility where grievance<br>issue occurred: |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify) _____

- ☐ Disciplinary Report _____
  Date of Report          Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Relief Requested: _____

_____

_____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk or imminent personal injury or other serious or irreparable harm to self.

_____    _____    _____/_____/_____
Offender's Signature                ID#              Date

(Continue on reverse side if necessary)

---

### Counselor's Response (If applicable)

Date
Received: _____/_____/_____          ☐ Send directly to Grievance Officer          ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

_____

_____

_____

_____          _____    _____/_____/_____
Print Counselor's Name               Counselor's Signature         Date of Response

---

### EMERGENCY REVIEW

Date
Received: _____/_____/_____          Is this determined to be of an emergency nature?     ☐ Yes; expedite emergency grievance
                                                                                          ☐ No; an emergency is not substantiated.
                                                                                          Offender should submit this grievance
                                                                                          in the normal manner.

_____                                                    _____/_____/_____
Chief Administrative Officer's Signature                                           Date



**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Illinois
Department of
**Corrections**

Stateville Correctional Center / P.O. Box 112 / Joliet, IL  60434 / Telephone: (815) 727-3607
TDD: (800) 526-0844

# MEMORANDUM

Date:       December 28, 2006

To:         Bass, Shaun,
            Counselor

From:       Partha Ghosh, MD
            Medical Director

Subject:    Offender Grievance, Martinez, John R13264 F122

The offender had his back taken care of including the back surgery at University of Illinois. His other problem has been addressed by the health care providers. He was prescribed proper medications on 10/13/06 at MD sick call.

PG:jrw

Cc:   Assistant Warden Programs
      Grievance Office
      Medical Records
      File

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: May 17, 2007                Date of Review:  May 17, 2007              Grievance #  0470

                                                                                        ID#:  R13264

Committed Person:  John Martinez

Nature of Grievance: Medical Tx

**Facts Reviewed:**  Grievant alleges he should receive a MRI and surgery on his left side.  This was grieved on 11-8-06.

**Relief requested:** receive treatment

Medical response received 5-17-07

Per Acting HCU Administrator, Dr. Mitchell:  The offender had his back taken care of including his back surgery at U of I.  His other problem has been addressed by the health care providers.  He was prescribed proper medications on 10-13-06 at MD sick call.

It appears that this grievance issue has been resolved.

This Grievance Officer has no medical expertise or authority to contradict the doctor's recommendation/diagnosis.

**Recommendation:**  No further action necessary at this time.

Tammy Garcia
_____                                        _____
Print Grievance Officer's Name                                    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received:  5-23-07        ☒ I concur      ☐ I do not concur        ☐ Remand

Comments:

W. McCann                                                              5-23-07
_____                                        _____
Chief Administrative Officer's Signature                                         Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____            _____            _____
Committed Person's Signature                    ID#                            Date



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

October 4, 2007

John Martinez
Register No. R13264
Stateville Correctional Center

Dear Mr. Martinez:

This is in response to your grievance received on June 8, 2007, regarding medical treatment (alleges he should receive MRI and surgery), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report, 0470, and subsequent recommendation dated May 17, 2007 and approval by the Chief Administrative Officer on May 23, 2007 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____

Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____

Roger E. Walker Jr.
Director

cc:  Warden Terry McCann, Stateville Correctional Center
     John Martinez, Register No. R13264

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE

| Date: april 6 2007 | Committed Person (Please Print) John martinez | ID#: R13264 |
| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. |

NATURE OF GRIEVANCE:

☐ Personal Property        ☐ Mail Handling        ☐ Restoration of Good Time        ☐ Disability
☐ Staff Conduct            ☐ Dietary              ☒ Medical Treatment              ☐ Other (spec)
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report _____
                      Date of Report                    Facility where issued

Received Grievance Office
JUN 1 5 2007
87A # 0585

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer

Brief Summary of Grievance: I Been denied Proper medical treatment
for Servere Pain on the lower left side of my Back.
I address my condition to the following medical staff
mike, sanders wendy and every Doctor including
DR Partha Ghosh and DR Tilden Andrew here at
Stateville C.C. I Been Submitted to see the Doctors
an sevral occations concerning this matter. I explain
to each and every Doctor and Medical staff that my
entire left side muscle is realy hard as if I am
Flexing it while my right Back muscle is realy

Relief Requested: That the Proper treatment is given to me to fix my
Back and I dont mean Pain killers or muscle relaxer's then no
working. I Need P.T or an MRI to find the Problem.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

John martinez                    R13264        4/6/07
Committed Person's Signature          ID#            Date

(Continue on reverse side if necessary)

---

Counselor's Response (if applicable)

Date Received: 4/26/07     ☐ Send directly to Grievance Officer     ☐ Outside jurisdiction of this facility. Send to
                                                                      Administrative Review Board, P.O. Box 19277,
                                                                      Springfield, IL 62794-9277

Response: _____

RECEIVED
MAY
STATEVILLE CORRECTIONAL CENTER
HEALTH CARE UNIT ADMIN. OFFICE

Print Counselor's Name          Counselor's Signature          Date of Response

---

EMERGENCY REVIEW

Date Received: ____/____/____    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
                                                                                     ☒ No; an emergency is not substantiated.
                                                                                     Committed person should submit this grievance
                                                                                     in the normal manner.

xc Health Care Admin

Chief Administrative Officer's Signature                    4/12/07
                                                            Date

Distribution: Master File; Committed Person          Page 1          DOC 0046 (Eff. 10/2001)

tender as its suppose to Be. I add that I have no
Pain on the right side at all I add that Because the
rectal's and medical staff keep denying me medical attention and
they are justifying it By saying that I was sent to
U.I.C Hospital in chicago and there I've been treated for my
Back-Problems. im trying to explain that the Pain is on
my Left side I explain to these staff that the Pain
is unbearable and that it is interfering with my sleep
as well as with my daily activities as a result my
left leg is noticebly shrinking. I hope and Pray
that my condition is taken more seriously and the
Proper treatment is Provided since im a Ward of
the State. thank you for your time respectfully
Submitted

John Martinez
R13264
F 225.

**Illinois
Department of
Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Stateville Correctional Center / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607
TDD: (800) 526-0844

# MEMORANDUM

Date:      May 25, 2007

To:        Shaun Bass,
           Counselor

From:      Partha Ghosh, MD        *P 6 U*
           Medical Director

Subject:   Offender Grievance, Martinez, John R13264 FF225

The offender had been evaluated in offsite clinic given MRI. He also had back surgery. Martinez received pain medicines appropriately. Because of limited time Physics Therapy is provided based on priority.

PG:jrw

Received
Grievance Office

JUN 1 5 2007

STA #

Cc:    Assistant Warden Programs
       Grievance Office
       Medical Records
       File

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** June 15, 2007          **Date of Review:** June 15, 2007          **Grievance #** 0585

**Committed Person:** John Martinez                                                    **ID#:** R13264

**Nature of Grievance: Medical Tx**

**Facts Reviewed:** Grievant alleges he he is not getting proper treatment or medications for his back problems

**Relief requested:** be seen by HCU

Medical response received 6-15-07

Per Medical Director; Dr. Ghosh: Offender has been evaluated in offsite clinic given MRI. He also had back surgery. Martinez received pain medicines appropriately. Because of limited time Physical Therapy is provided based on priority.

It appears that this grievance issue has been resolved.

This Grievance Officer has no medical expertise or authority to contradict the doctor's recommendation/diagnosis.

**Recommendation:** No further action necessary at this time.

<u>Tammy Garcia</u>
          Print Grievance Officer's Name                                                    Grievance Officer's Signature
          (Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 6-19-07          ☑ I concur          ☐ I do not concur          ☐ Remand

**Comments:**

          Chief Administrative Officer's Signature                                                    6-19-07
                                                                                                      Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of original grievance, including the counselor's response, if applicable, and any pertinent documents.)

          Committed Person's Signature                    ID#                    Date

ILLINOIS DEPARTMENT OF CORRECTIONS

**Correctional Center**
**Return of Grievance or Correspondence**

Offender: _Martinez_ _John_ _R13264_
            Last Name          First Name        MI        ID#

Facility: _STA_

☑ Grievance (Local Grievance # (if applicable): _____ )  or  ☐ Correspondence
Received: _7/13/07_                    Regarding: _medical dated 4/6/07_
            Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
            Office of Inmate Issues
            1301 Concordia Court
            Springfield, IL  62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee.  If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
            319 E. Madison St., Suite A
            Springfield, IL  62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____/_____/_____
            Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

RECEIVED
NOV 7 2007
OFFICE OF
INMATE ISSUES

Completed by: _Melody J. Ford_    _Melody J. Ford_    _10/16/07_
            Print Name          Signature            Date

Distribution:  Offender; Inmate Issues

DOC 0070 (10/2001)

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE

| Date: April 6 2007 | Committed Person: John Martinez | ID#: R13264 |
|---|---|---|

| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. |
|---|---|

NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] Other: _____

Received
Grievance Office
JUN 2 9 2007

- [ ] Disciplinary Report: ___/___/___   Date of Report ___ Facility where issued ___

STA #: CICC

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: I Been denied Proper medical treatment
for Severe Pain on the lower left side of my Back
I address my condition to the following medical staff
mike, Sanders wendy and every Doctor including
DR Partha Parrish and DR Tilden Andrew here at
Stateville C.C. I Been Submitted to See the Doctors
on Several occasions concerning this matter. I explain
to each and every Doctor and medical staff that my
entire left side muscle is realy hard as if I am
Flexing it while my right Back muscle is Realy

Relief Requested: That the Proper treatment is given to me to fix my
Back and I don't mean Pain killers or muscle relaxers. Then no
working. I Need P.T or an MRI to find the Problem.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| John Martinez | R13264 | 4.6.07 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 4 26 07

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

RECEIVED
MAY 1?
STATEVILLE CORRECTIONAL CENTER
HEALTH CARE UNIT ADMIN. OFFICE

| | | ___/___/___ |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [x] No, an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

XC Health Care Admin

| | 4 12 07 |
|---|---|
| Chief Administrative Officer's Signature | Date |

tender as its suppose to Be. I add that I have no
Pain on the right side at all I add that Because the
doctors and medical staff keep denying me medical attention and
they are justifying it By saying that I was sent to
UIC Hospital on 2-26-06 and that for of Being treated for my
Back Problems. im trying to explain that the Pain is on
my left side I explain to these staff that the Pain
is unbearable and that it is interfering with my sleep
as well as with my daily activities. as a result my
left leg is noticebly shrinking. I hope and Pray
that my condition is taken more seriously and the
Proper treatment is Provided since im a ward of
the state. thank you for your time respectfully
Submitted

John Martinez
R13264
F-225

**COMMITTED PERSON'S GRIEVANCE**

| Date: APRIL 6th 2007 | Committed Person (Please Print): John Martinez | ID#: R13264 |
|---|---|---|
| Present Facility: Stateville C.C | Facility where grievance issue occurred: Stateville C.C | |

NATURE OF GRIEVANCE:

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ Disability
- ☐ Other (specify)

☐ Disciplinary Report: ____/____/____
   Date of Report                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: In this Grievance I will like to adress a serious medical condition that I Been requesting treatment for Since 2004. its obvious that I have a serious Problem Because there appears to Be Dark Blood in my Stool as often as 3 to 4 times a week. I explain to the Doctor that I Been tasteng Blood I explain to him and her "more than one Doctor" that at times I vomit Blood and that there appears to Be Dark Blood in my Stool 3 to 4 times a week. I Been given numerous types of medication which are doing nothing for my Pain or Condition.

Relief Requested: That the proper medical treatment is Provided to find The Cause of Bleeding. Thank you.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| John Martinez | R13264 | 4, 6, 07 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 4-26,07

☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED

STATEVILLE CORRECTIONAL CENTER
HEALTH CARE UNIT ADMIN. OFFICE

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: 4/12/07

Is this determined to be of an emergency nature?
☐ Yes: expedite emergency grievance
☒ No: an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

xc Health Care Admin

| | 4/12/07 |
|---|---|
| Chief Administrative Officer's Signature | Date |

I explain to the doctor how at times I have a sharp pain in my colon that last maybe 10-15 seconds the staff and doctors keep over looking my condition as if it was minor when it could be as serious as "colon cancer"

John Martinez

# R13264
F-225

RECEIVED

STATEVILLE CORRECTIONAL CENTER
HEALTH CARE UNIT ADMIN. OFFICE



**Rod R. Blagojevich**
Governor

**Illinois**
**Department of**
**Corrections**

**Roger E. Walker Jr.**
Director

Stateville Correctional Center / P.O. Box 112 / Joliet, IL  60434 / Telephone: (815) 727-3607
TDD: (800) 526-0844

# MEMORANDUM

Date:      May 25, 2007

To:        Shaun Bass,
           Counselor

From:      Partha Ghosh, MD       *P G Y*
           Medical Director

Subject:   Offender Grievance, Martinez, John R13264 FF225

The offender had been evaluated in offsite clinic given MRI. He also had
back surgery.  Martinez received pain medicines appropriately. Because
of limited time Physics Therapy is provided based on priority.

PG:jrw

Cc:     Assistant Warden Programs
        Grievance Office
        Medical Records
        File

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

**Date Received:** June 29, 2007          **Date of Review:** July 5, 2007, 2007          **Grievance #** 0709

**Committed Person:** John Martinez                                                      R13264

**Nature of Grievance:** Medical Tx

**Facts Reviewed:** Grievant alleges he has been denied proper medical treatment for severe pain in his back. Grievant states he has been submitted to the doctors and medical technicians that his back hurts and his colon is having sharp pains that last about 10-15 seconds. Grievant states the staff and doctors look it over as if it was minor when it could be colon cancer.

**Relief requested:** That the proper treatment is given to me to fix my back and he does not mean pain killers or muscle relaxers then no working I need P.T. or an MRI to find the problem.

Per Dr. Ghosh, MD, Medical Director: Dated: May 25, 2007, The offender had been evaluated in offsite clinic given MRI. He also had back surgery. Martinez received pain medicines appropriately. Because of limited time Physics Therapy is provided based on priority.

It appears that this grievance issue has been resolved.

This Grievance Officer has no medical expertise or authority to contradict the doctor's recommendation/diagnosis.

**Recommendation:** No further action necessary at this time.

Ami Workman
_____                                      _____
Print Grievance Officer's Name                                        Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

**Date Received:** 7-5-07          ☒ I concur          ☐ I do not concur          ☐ Remand

**Comments:**

W. McCann                                                                    7-5-07
_____                                      _____
Chief Administrative Officer's Signature                                        Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)



**Illinois‑**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

December 21, 2007

John Martinez
Register No. R13264
Stateville Correctional Center

Dear Mr. Martinez:

This is in response to your grievance received on November 7, 2007, regarding medical treatment (alleges his not being treated for severe back pain), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance Officer's report, 0709, and subsequent recommendation dated July 5, 2007 and approval by the Chief Administrative Officer on July 5, 2007 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:   Warden Terry McCann, Stateville Correctional Center
      John Martinez, Register No. R13264

Refer To
Cook VANce

DEC 9th 200

Greetings Ms Wright.

My name is John Martinez #R13264.
the reason im writing you this letter
is in hope of getting the medical attention
I need. I have two serious medical condition
that require medical attention. first
ill explain about my Stomach. I have a
Sharp Pain in my Stomach thats interfering
with my daily life. I witness Blood
in the stool atleast 3 times a week.
I tet in for Sick call and they say im not
drinking enough water. I do drink lots of
water so im almost sure thats not the
problem. ISSUE#2 I been having Serious
Back Pain. a pain thats almost unbareable.
the problem kicks in if I lay for too
long or Stand for too long. I dont mean
a little Pain I mean a Pain that causes
my entire lower Back to lock up. I already
had one Surgery to remove a Disk and
now everytime I file a Grievance Doctor
Ghosh answers my Grievance By Saying
I was sent to the U.I.C hospital
where inmate had Surgery. for his Back

Cos/sent
12/13/07
2

GRIEVANCE

01-02-08

John Martinez
R 13264
Dated: 12-09-07

I investigated this grievance.
I/M grieves that he has a stomach and back problem.
Claims that past treatment has not been working.

I reviewed his chart.
I spoke with the physician.
The physician feels that he should be seen and accordingly an appointment will be made
for him to come to HCU.

I trust this will be of help to him.

Thank you,

C. A. Vance, RN, MSN, HCUA

NAME: _MARTINEZ, JOHN_ # _R13204_ Cell: _E50G_

## From the desk of:
## Sherwin Miles
## Correctional Counselor 2
## Edward House Counselor

DATE: March 17, 2008

Please be advised I will be off work starting Friday March 21, 2008 and return to work Monday March 31, 2008. If you need anything, just go ahead and send me a kite and I will get my mail and answer it when I return or you can wait until I return.☺ ☺

Your last doctor visit was 11-20-07 for stomach pain. @ 3-5-07 for your skin.

## AFFIDAVIT

I Maurice Williams Declare under oath And penalty of Perjury the Follow is true. I was Released from Seg on 11/2/07 I was Placed in cell F-452 Since I been in this cell F-452 I witness inmate Martinez Asking stop every med teck that did Rounds. The med tecks I witness were Bob, Danny and cmore. I witness Martinez complain to these staff about his back pains and Stamach problems. These staff told inmate Martinez that there is nothing they could do for him.

I Maurice Williams Certify under Penalty of Perjury pursuant to 735 ILCS 5/1-109 et seg The Aferemontioned is True

Date - 12/14/07

Maurice Williams R25797

## AFFIDAVIT

I Elbert Williams, A-72120
Declare under oath and penalty
of persury the follow is treie
I was move in F. 4/51 from X house
on the 8 or 5. The verry first day
i move in this cell, my center Martinez R/3264
ben stoping every med tick comme by.
About the pain in his back i have back
problem my self. So i know what
he going through. I Elbert Williams
certify under penalty of persury persuant
to 735 ILCS 5/5-109 et sey the
aforementioned is true

Date December 13
2007

Back n stomach

Elbert a Williams
A-72120

<u>Affidavit</u>

I Byia Bruce Declare
under of thread Penalty of Perjury
The Following is true. I have
Been on Four gallery since 10/26/07
I have been phue in cell 450
Vext to Imate Martinez. And
since I been up here on Four
gallery I witness Martinez
Stop medteck sensors and Darux.
Bob thess is the medteck that
Do the rounds iw F-House.
Inmate martinez have told The
medteck that he haveing problem
with his back and Stomach.
And these medteck told martinez
there is nothing they can Do for
him.

        I Byia Bruce Certify
under Penalty of Perjury Pursuant
to 735 ILCS 5/5-109 Et Seg
The Following is True
                        Date - 12/14/07


                    Byia Bruce
                    R27102