```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

JOHN MARTINEZ,                 )
                               )
          Plaintiff,           )
                               )
     v.                        )    No. 08 C 2601
                               )
TAMMY GARCIA, et al.,          )
                               )
          Defendants.          )
```

MEMORANDUM ORDER

This Court's November 8, 2012 memorandum opinion and order, which addressed motions in limine filed by the two defendants referred to collectively (for convenience) as the "Medical Defendants," held off on ruling on one aspect of their challenge to the testimony of opinion witness Dr. Michael Loiacono. That deferral related to Medical Defendants' contention that there was an inconsistency between a portion of Dr. Loiacono's written report and a portion of his later deposition testimony, a matter as to which this Court ordered counsel for plaintiff John Martinez ("Martinez") to address that subject with a supplemental submission.

Now Martinez' counsel has done so, and the requested supplemental response has demonstrated persuasively that Medical Defendants' motion was based on their counsel's misapprehension that such a claimed inconsistency existed--a misapprehension principally caused by the inartful phrasing of the questions that defense counsel had posed to Dr. Loiacono in that regard during

his deposition.[1]

Accordingly the final facet of Medical Defendants' motion in limine is denied. This Court's previously-established April 22, 2013 trial date remains in effect.

*/s/ Milton I. Shadur*
_____
Milton I. Shadur
Senior United States District Judge

Date: December 4, 2012

---

[1] Some part of the claimed confusion might perhaps be placed at the doorstep of Dr. Loiacono based on the nature of his responses to the inartful questions, but if so that would not suffice to bar his testimony, although it might serve as a subject for cross- examination.