IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN MARTINEZ,                    )
                                  )
            Plaintiff,            )
                                  )
    v.                            )        No.  08 C 2601
                                  )
TAMMY GARCIA, et al.,             )
                                  )
            Defendants.           )

MEMORANDUM ORDER

This Court's November 8, 2012 memorandum opinion and order,
which addressed motions in limine filed by the two defendants
referred to collectively (for convenience) as the "Medical
Defendants," held off on ruling on one aspect of their challenge
to the testimony of opinion witness Dr. Michael Loiacono.  That
deferral related to Medical Defendants' contention that there was
an inconsistency between a portion of Dr. Loiacono's written
report and a portion of his later deposition testimony, a matter
as to which this Court ordered counsel for plaintiff John
Martinez ("Martinez") to address that subject with a supplemental
submission.

Now Martinez' counsel has done so, and the requested
supplemental response has demonstrated persuasively that Medical
Defendants' motion was based on their counsel's misapprehension
that such a claimed inconsistency existed--a misapprehension
principally caused by the inartful phrasing of the questions that
defense counsel had posed to Dr. Loiacono in that regard during

his deposition.[1]

Accordingly the final facet of Medical Defendants' motion in limine is denied. This Court's previously-established April 22, 2013 trial date remains in effect.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 4, 2012

---

2